## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

---

In re:          Genocea Biosciences, Inc.,          Chapter 11
                Debtor                              Case No. 22-10938
                                                    Judge Christopher J. Panos

---

### CERTIFICATE OF MATTHEW E. COX PURSUANT TO MLBR 9010-1(f)

I, Matthew E. Cox, do hereby depose and state as follows:

1.      I am not a member of the United States District Court for the District of Massachusetts, but I am a member in good standing of the United States District Court for the Districts of South Carolina, Eastern District of North Carolina, Middle District of North Carolina and Western District of North Carolina.

2.      I am also a member in good standing of the bar in every jurisdiction in which I am admitted to practice, which includes the State of South Carolina, the State of North Carolina, and the District of Columbia.

3.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.      I am familiar with the Local Rules of this Court.

5.      I have paid the applicable *pro hac vice* admission fee to the U.S. District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 29th day of July, 2022.

_____
Matthew E. Cox