| Debtor Name | **Genocea Biosciences, Inc.** |
|---|---|
| **United States Bankruptcy Court for the Eastern District of Massachusetts** | |
| Case number (if known): | **22-10938** |

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

---

## Part 1:  Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*     (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*..................................................................................    $1,784,562.09

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.................................................................................    $128,154,980.61

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*....................................................................................    $129,939,542.70

---

## Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D..........................    undetermined

3.  *Schedule E/F: Creditors Who Have Unsecured Claims*   (Official Form 206E/F)

3a.  **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*.............................................    undetermined

3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................    **+ $9,604,502.81**

4.  **Total liabilities** .................................................................................................
Lines 2 + 3a + 3b    $9,604,502.81

| | |
|---|---|
| Debtor Name | **Genocea Biosciences, Inc.** |
| **United States Bankruptcy Court for the Eastern District of Massachusetts** | |
| Case number (if known): | **22-10938** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be complete and accurate as possible. If more space is needed, attach a separate spreadsheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts**

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1 | Silicon Valley Bank | Operating Checking | *3414 | $504,495.53 |
   | 3.2 | Silicon Valley Bank | Money Market | *SV785 | $16,166.06 |
   | 3.3 | Silicon Valley Bank | HRA Checking | *0545 | $32,105.38 |
   | 3.4 | Silicon Valley Bank | Operating Checking | *2794 | $0.00 |
   | 3.5 | Silicon Valley Bank | Investment Account | SV1934 | $2,603.05 |

4. **Other cash equivalents**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$555,370.02**

Debtor  Genocea Biosciences, Inc.                                    Case Number (if known) 22-10938

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

**6.    Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|--|--|--|
| **7.    Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | | |
| 7.1 | GHA Technologies, Inc. | $4,484.03 |
| 7.2 | Oracle America, Inc.(f/k/a Netsuite, Inc.) | $24,662.93 |
| 7.3 | Oracle America, Inc.(f/k/a Netsuite, Inc.) | $2,331.38 |
| 7.4 | Parexel | $122,635.75 |
| 7.5 | Parexel | $34,198.00 |

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.    Total of Part 2**
Add lines 7 through 8.  Copy the total to line 81.                                    **$188,312.09**

| Part 3: | Accounts Receivable |
|---------|---------------------|

**10.    Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

                                                                    Current value of
                                                                    debtor's interest

**11.    Accounts receivable**

11a. 90 days old or less:          $456,185.48          -          $0.00          =          $456,185.48
                                   face amount                doubtful or uncollectible accounts

Debtor  Genocea Biosciences, Inc.                                    Case Number (if known) 22-10938

| 11b. Over 90 days old: | $0.00 | - | $0.00 | = | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.  Total of Part 3**                                                                            **$456,185.48**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**      **Investments**

13.  **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.  **Mutual funds of publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:          % of ownership: | | |
| 15.1    Joint Venture with Shinogi & Co, Ltd. | Undetermined | Undetermined |
| 16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

**17.  Total of Part 4**                                                                         **Undetermined**
Add lines 14 through 16. Copy the total to line 83.

---

**Part 5:**      **Inventory, excluding agricultural assets**

18.  **Does the debtor own any inventory (excluding agricultual assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor  Genocea Biosciences, Inc.                                    Case Number (if known) 22-10938

19.  **Raw Materials**

20.  **Work in progress**

21.  **Finished goods, including goods held for resale**

22.  **Other inventory or supplies**

23.  **Total of Part 5**
     Add lines 19 through 22. Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**

     ☐ No.
     ☐ Yes.

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

     ☐ No.
     ☐ Yes.     Book Value $ _____     Valuation Method _____     Current Value $ _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

     ☐ No.
     ☐ Yes.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor  Genocea Biosciences, Inc.                                    Case Number (if known) 22-10938

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops - either planted of harvested** | | | |
| **29. Farm animals**<br>Examples: Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**<br>(Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| **33. Total of Part 6**<br>Add lines 28 through 32. Copy the total to line 85. | | | |

**34. Is the debtor a member of an agricultural cooperative?**

☐ No.
☐ Yes.

**Is any of the debtor's property stored at the cooperative?**

☐ No.
☐ Yes.

Debtor  Genocea Biosciences, Inc.                                    Case Number (if known) 22-10938

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1  Furniture & Fixtures, Net<br>See attached Exhibit AB39 | $470,690.58 | Book Value | $470,690.58 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Office Equipment, Net<br>See attached Exhibit AB41 | $244,044.23 | Book Value | $244,044.23 |

Debtor  Genocea Biosciences, Inc.                                    Case Number (if known) 22-10938

| 41.2 | Computer Equipment, Net (Fully Depreciated) See attached Exhibit AB41 | $ 5,282.03 | Book Value | $5,282.03 |

**42.  Collectibles**

Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.  Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.                                         **$720,016.84**

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☑ Yes.

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 8:**    **Machinery, equipment, and vehicles**

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles**

**48.  Watercraft, trailers, motors, and related accessories**

Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

Debtor  Genocea Biosciences, Inc.                                    Case Number (if known) 22-10938

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 50.1 | Lab Equipment, Net<br>See attached Exhibit AB50 | $2,684,584.96 | | Net Book Value | $2,684,584.96 |

51.  **Total of Part 8.**                                                                     **$2,684,584.96**
     Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.
☑ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

**Part 9:**      **Real property**

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor  Genocea Biosciences, Inc.                                    Case Number (if known) 22-10938

| 55.1 | Leasehold Improvement, Net<br>See attached Exhibit AB55<br>100 Acorn Park Drive, 5th Fl<br>Cambridge, MA 02140 | $906,336.77 | | Book Value | $906,336.77 |

| **Description and location of property** | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- | --- |
| 55.2 | Construction in Progress<br>See attached Exhibit AB55<br>100 Acorn Park Drive, 5th Fl<br>Cambridge, MA 02140 | $878,225.32 | Book Value | $878,225.32 |

56. **Total of Part 9.**                                                                 **$1,784,562.09**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.
☑ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, or trade secrets** | | | |

Debtor  Genocea Biosciences, Inc.                                    Case Number (if known) 22-10938

| | | | | |
|---|---|---|---|---|
| 60.1 | Intellectual property includes portfolio or patents and trade secrets, research and clinical trial data, research materials and software URLS's, including Internally Developed Software, Net<br>See attached Exhibit AB60 | $1,715,747.22 | Book Value | $1,715,747.22 |

**61.  Internet domain names and websites**

| | | | | |
|---|---|---|---|---|
| 61.1 | Internet domain names | Undetermined | Undetermined | Undetermined |
| 61.2 | Website | Undetermined | Undetermined | Undetermined |

**62.  Licenses, franchises, and royalties**

**63.  Customer lists, mailing lists, or other compilations**

**64.  Other intangibles, or intellectual property**

| | |
|---|---|
| 64.1 | Refer to question AB60.1 |

**65.  Goodwill**

| | | |
|---|---|---|
| **66.** | **Total of Part 10.**<br>Add lines 60 through 65.  Copy the total to line 89. | **$1,715,747.22** |

**67.  Do your lists or records include personally identifiable information of customers?**

☑ No.
☐ Yes.

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No.
☑ Yes.

Debtor  Genocea Biosciences, Inc.                                    Case Number (if known) 22-10938

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 11: | All other assets |
|----------|------------------|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

                                            **Current value of
debtor's interest**

71.  **Notes receivable**
Description (include name of obligor)

                                      -                             =

             Total face amount           Doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1  US Federal Net Operating Loss Carryover                         $109,905,125.00

72.2  Massachusetts Net Operating Loss Carryover                 $10,490,889.00

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

                                                Undetermined

    **Nature of claim**           Potential Claims against Discovery Park Realty Trust/100 Discovery Park

    **Amount Requested**      Undetermined

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Debtor  Genocea Biosciences, Inc.                                    Case Number (if known) 22-10938

**Nature of claim**

**Amount Requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**
    Examples: Season tickets, country club membership

| 77.1 | Other Short Term Assets:<br>Q2 2020 CARES credit | $349,271.00 |
| 77.2 | Other Short Term Assets:<br>Q2 2021 CARES credit | $524,144.00 |
| 77.3 | Other Short Term Assets:<br>Q2 2022 CARES credit | $565,335.00 |

78. **Total of Part 11.**                                                            **$121,834,764.00**
    Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No.
    ☐ Yes.

Debtor  Genocea Biosciences, Inc.                                        Case Number (if known) 22-10938

**Part 12:**        **Summary**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.**  *Copy line 5, Part 1.* | **$555,370.02** | |
| 81. | **Deposits and prepayments.**  *Copy line 9, Part 2.* | **$188,312.09** | |
| 82. | **Accounts receivable.**  *Copy line 12, Part 3.* | **$456,185.48** | |
| 83. | **Investments.**  *Copy line 17, Part 4.* | **Undetermined** | |
| 84. | **Inventory.**  *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.**  *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.**  *Copy line 43, Part 7.* | **$720,016.84** | |
| 87. | **Machinery, equipment, and vehicles.**  *Copy line 51, Part 8.* | **$2,684,584.96** | |
| 88. | **Real Property.**  *Copy line 56, Part 9.* | | **$1,784,562.09** |
| 89. | **Intangibles and intellectual property.**  *Copy line 66, Part 10.* | **$1,715,747.22** | |
| 90. | **All other assets.**  *Copy line 78, Part 11.* | **$121,834,764.00** | |
| 91. | **Total.**  Add lines 80 through 90 for each column.    91a. | **$128,154,980.61** | + 91b. **$1,784,562.09** |
| 92. | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92......................................................................... | | **$129,939,542.70** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 7, QUESTION 39

## OFFICE FURNITURE
## AND FIXTURES

**Genocea Biosciences, Inc.**
**Case No. 22-10938**
**SOAL AB39. Office Furniture and Fixtures**

| Description | Department | Opening Balance - Cost | (Depreciation) | Net Book Value of debtor's interest |
|---|---|---|---|---|
| **OFFICE FURNITURE AND FIXTURES** | | | | |
| Lab Tables | 140 Facilities | $7,326.00 | ($7,326.00) | $0.00 |
| Office Reconfigure | 140 Facilities | $14,154.80 | ($14,154.80) | $0.00 |
| Cubicles for 2014 5th Floor Buildout | 140 Facilities | $43,957.86 | ($43,957.86) | $0.00 |
| Furniture for 2016 5th Floor Office Retro-fit | 140 Facilities | $154,372.37 | ($154,372.37) | $0.00 |
| 5th Floor Construction Furniture - 50% deposit due | 140 Facilities | $179,855.53 | ($53,956.62) | $125,898.91 |
| 5th Floor Construction Furniture (2) | 140 Facilities | $5,942.25 | ($1,782.72) | $4,159.53 |
| 5th Floor Construction Furniture (3) Lockers - 50% Deposit | 140 Facilities | $16,610.72 | ($4,983.30) | $11,627.42 |
| 5th Floor Construction Furniture (5) Desk Modifications | 140 Facilities | $50,995.26 | ($15,298.56) | $35,696.70 |
| 5th Floor Construction Build-out Desk Panel Upgrade | 140 Facilities | $33,534.75 | ($10,060.38) | $23,474.37 |
| 5th Floor Construction Furniture (requires 50% deposit) | 140 Facilities | $179,855.53 | ($53,956.62) | $125,898.91 |
| 5th Floor Construction Furniture (3) Lockers | 140 Facilities | $16,610.72 | ($4,983.30) | $11,627.42 |
| 5th Floor Construction Furniture (6) | 140 Facilities | $4,180.25 | ($1,254.06) | $2,926.19 |
| 5th Floor Construction Desk Set-up-labor - Full payment | 140 Facilities | $1,795.00 | ($538.56) | $1,256.44 |
| 5th Floor Construction Furniture (2) - Three H, Premiere & Upside - Final payment | 140 Facilities | $5,942.25 | ($1,782.72) | $4,159.53 |
| 5th Floor Construction Furniture (4) IT storage - Three H Premiere series storage cabinets. - Final Payment | 140 Facilities | $2,430.97 | ($729.36) | $1,701.61 |
| 2021 Furniture (Additional Lab Chairs) | 140 Facilities | $3,446.00 | ($861.45) | $2,584.55 |
| 5th Floor Lab Renovation Construction Furniture | 400 Facil.-R&D | $119,679.00 | $0.00 | $119,679.00 |
| **Total OFFICE FURNITURE AND FIXTURES** | | **$840,689.26** | **($369,998.68)** | **$470,690.58** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 7, QUESTION 41

## OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE

**Genocea Biosciences, Inc.**
**Case No. 22-10938**
**SOAL AB41. Office equipment, including all computer equipment and communication systems equipment and software**

| Description | Department | Opening Balance - Cost | (Depreciation) | Net Book Value of debtor's interest |
|---|---|---|---|---|
| **OFFICE EQUIPMENT** | | | | |
| Card Reader System | 140 Facilities | $11,323.00 | ($11,323.00) | $0.00 |
| Phone System | 140 Facilities | $73,047.71 | ($73,047.71) | $0.00 |
| Card Reader System | 140 Facilities | $12,417.00 | ($12,417.00) | $0.00 |
| Copy Machine | 140 Facilities | $21,336.88 | ($21,336.88) | $0.00 |
| Phone System | 140 Facilities | $28,725.41 | ($28,725.41) | $0.00 |
| Copy Machine | 140 Facilities | $10,700.00 | ($10,700.00) | $0.00 |
| Video Conferencing | 140 Facilities | $4,706.50 | ($4,706.50) | $0.00 |
| Phone expansion for 5th floor re-fit-25% Deposit | 140 Facilities | $7,863.38 | ($7,863.38) | $0.00 |
| ShoreTel switches & phones for 2nd Floor | 140 Facilities | $4,179.39 | ($4,179.39) | $0.00 |
| Phone expansion for 5th floor re-fit | 140 Facilities | $20,190.12 | ($20,190.12) | $0.00 |
| Video conferencing system -Elion | 140 Facilities | $5,184.25 | ($5,184.25) | $0.00 |
| Phone expansion for 5th floor re-fit-Fixed Fee | 140 Facilities | $3,400.00 | ($3,400.00) | $0.00 |
| IP230g ShorePhones-10 + Extesion & Mailbox License | 140 Facilities | $4,571.50 | ($4,571.50) | $0.00 |
| PN#: B2006528; FireKing Extra Shelf 408360PA - For | 320 TMed | $153.00 | ($153.00) | $0.00 |
| PN#: B2006513; FireKing Fireproof Storage Cabinet | 320 TMed | $7,737.00 | ($7,737.00) | $0.00 |
| PN#: 240132BK; FireKing Fireproof 4 Drawer Lateral | 320 TMed | $3,889.00 | ($3,889.00) | $0.00 |
| PN#: B2006528; FireKing Extra Shelf 408360PA - For | 320 TMed | $102.00 | ($102.00) | $0.00 |
| PN#: B2006513; FireKing Fireproof Storage Cabinet | 320 TMed | $5,158.00 | ($5,158.00) | $0.00 |
| 1x Sophos Firewall XG230 with 3 year service 1x Sohpos Firewall XG230 2x Redundant power supply Total: $8,500 + tax | 190 IT-G&A | $9,031.25 | ($5,117.68) | $3,913.57 |
| Logitech Tap for Microsoft Teams Medium Rooms Video conferencing kit | 190 IT-G&A | $4,129.00 | ($1,720.50) | $2,408.50 |
| sales tax | 190 IT-G&A | $259.50 | ($108.25) | $151.25 |
| frt | 190 IT-G&A | $23.00 | ($9.50) | $13.50 |
| IT\AV Equipment for all huddle, conference and board room: - Teams Rooms - TVs - Mics/speakers - Room scheduling systems - Labor/installation cost - Project Deposit | 140 Facilities | $106,071.90 | ($30,053.79) | $76,018.11 |
| 2x Meraki MS225-48LP Ethernet Switch | 190 IT-G&A | $8,600.00 | ($2,866.60) | $5,733.40 |
| Meraki MS225-48LP Ethernet Switch - 48 Ports - Manageable - 3 Layer Supported - Modular - Twisted Pair, Optical Fiber - 1U High - Rack-mountable, Desktop - Lifetime Limited Warranty | 190 IT-G&A | $8,600.00 | ($2,723.27) | $5,876.73 |
| Meraki Ethernet Switch - 48 Ports - Manageable - 3 Layer Supported - Modular - Twisted Pair, Optical Fiber - 1U High - Rack-mountable, Desktop - Lifetime Limited Warranty | 190 IT-G&A | $25,200.00 | ($7,980.00) | $17,220.00 |
| PaperCut software deployment for secure printing + 2 badge readers for main office printers (including sales tax). | 190 IT-G&A | $2,965.00 | ($938.98) | $2,026.02 |
| tax | 190 IT-G&A | $185.31 | ($58.71) | $126.60 |
| Sales Tax Meraki MS225-48LP Switch to FAM from Expense | 190 IT-G&A | $537.50 | ($170.24) | $367.26 |
| Meraki Ethernet Switch - 48 ports - Sales tax to FAM from expense | 190 IT-G&A | $1,575.00 | ($498.75) | $1,076.25 |
| AV Equipment for Interactive Whiteboards ( Change Order #3): - 6x Huddle Rooms - Boardroom | 190 IT-G&A | $29,307.79 | ($8,303.82) | $21,003.97 |
| Accommodate new equipment additions to the project and cover the installation costs, and subtract the refund for labor pricing adjustment: - Add Change Order #2 - Add Change Order #4 - Refund Change | 190 IT-G&A | $8,861.37 | ($2,510.73) | $6,350.64 |
| IT\AV Equipment for all huddle, conference and board room: - Teams Rooms - TVs - Mics/speakers - Room scheduling systems - Labor/installation cost | 190 IT-G&A | $114,594.63 | ($32,468.47) | $82,126.16 |
| Synology RackStation SAN/NAS Storage System - Intel Xeon D-1521 Quad-core (4 Core) 2.40 GHz - 12 x HDD Supported - 144 TB Supported HDD Capacity - 12 x SSD Supported - 8 GB RAM DDR4 SDRAM - Serial ATA | 190 IT-G&A | $2,750.00 | ($595.79) | $2,154.21 |
| Fortinet FortiGate FG-201F Network Security/Firewall Appliance - 18 Port - 10/100/1000Base-T, 1000Base-X, 10GBase-X - 10 Gigabit Ethernet - AES (256- bit), SHA-256 - 500 VPN - 17 x RJ-45 - 12 Total Ex | 190 IT-G&A | $21,000.00 | ($4,550.00) | $16,450.00 |
| Sales Tax Fortinet Firewall Appliance | 190 IT-G&A | $1,312.50 | ($284.44) | $1,028.06 |
| **Total OFFICE EQUIPMENT** | | **$569,687.89** | **($325,643.66)** | **$244,044.23** |
| **COMPUTER EQUIPMENT** | | | | |
| CTO Server | 190 IT-G&A | $6,767.06 | ($6,767.06) | $0.00 |
| NAS Server | 190 IT-G&A | $3,998.45 | ($3,998.45) | $0.00 |
| FreezerWorks Software | 190 IT-G&A | $22,000.00 | ($22,000.00) | $0.00 |
| FreezerWorks Software | 190 IT-G&A | $5,000.00 | ($5,000.00) | $0.00 |
| Ethernet Switch | 190 IT-G&A | $2,548.94 | ($2,548.94) | $0.00 |
| Metasys software upgrade | 190 IT-G&A | $7,510.00 | ($7,510.00) | $0.00 |
| Ethernet Switch | 190 IT-G&A | $2,534.06 | ($2,534.06) | $0.00 |
| Ethernet Switch | 190 IT-G&A | $2,534.06 | ($2,534.06) | $0.00 |
| NTI Software | 190 IT-G&A | $2,850.00 | ($2,850.00) | $0.00 |
| Software Licenses | 190 IT-G&A | $7,470.00 | ($7,470.00) | $0.00 |
| Software Licenses | 190 IT-G&A | $2,500.00 | ($2,500.00) | $0.00 |
| Network Server | 190 IT-G&A | $40,944.00 | ($40,944.00) | $0.00 |
| Network Server | 190 IT-G&A | $12,069.00 | ($12,069.00) | $0.00 |
| Part #210-ACQO; Dell Precision Tower 7910;Dell Pr | 190 IT-G&A | $5,399.00 | ($5,399.00) | $0.00 |
| Part #30A6CTO1WW; ThinkStation P500 - Tower | 190 IT-G&A | $3,689.00 | ($3,689.00) | $0.00 |
| Lenovo ThinkPad T450s 20BX Ultrabook | 190 IT-G&A | $4,977.00 | ($4,977.00) | $0.00 |

| Description | Department | Opening Balance - Cost | (Depreciation) | Net Book Value of debtor's interest |
|---|---|---|---|---|
| Microsoft SQL Server Enterprise Core Edition | 300 Discovery | $37,598.00 | ($37,598.00) | $0.00 |
| Part #210-ACQO; Dell Precision Tower 7910;Dell Pre | 300 Discovery | $10,778.00 | ($10,778.00) | $0.00 |
| Part #210-ACQO; Dell Precision Tower 7910;Dell Pre | 300 Discovery | $5,339.00 | ($5,339.00) | $0.00 |
| Replacement Server (Breakdown Attached) | 190 IT-G&A | $18,832.00 | ($18,832.00) | $0.00 |
| Server Installation - new servers. | 190 IT-G&A | $3,937.50 | ($3,937.50) | $0.00 |
| Dell PowerEdge R740 Server | 190 IT-G&A | $16,467.69 | ($13,723.20) | $2,744.49 |
| Network Refresh - Engineering Data Ev | 190 IT-G&A | $5,075.00 | ($2,537.46) | $2,537.54 |
| **Total COMPUTER EQUIPMENT** | | **$230,817.76** | **($225,535.73)** | **$5,282.03** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 8, QUESTION 50

## OTHER MACHINERY, FIXTURES, AND EQUIPMENT
## (EXCLUDING FARM MACHINERY AND EQUIPMENT)

Genocea Biosciences, Inc.
Case No. 22-10938
SOAL AB50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Description | Department | Opening Balance - Cost | Acquisition | (Disposal/ Depreciation) | Net Book Value of debtor's interest |
|---|---|---|---|---|---|
| **LAB EQUIPMENT** | | | | | |
| Eppendorf Centrifuge | 310 Res.-EXEC | $3,639.00 | $0.00 | ($3,639.00) | $0.00 |
| BioSafety Cabinet | 310 Res.-EXEC | $8,080.00 | $0.00 | ($8,080.00) | $0.00 |
| BioSafety Cabinet | 310 Res.-EXEC | $8,080.00 | $0.00 | ($8,080.00) | $0.00 |
| Freezer | 310 Res.-EXEC | $13,030.74 | $0.00 | ($13,030.74) | $0.00 |
| Centrifuge | 310 Res.-EXEC | $10,537.00 | $0.00 | ($10,537.00) | $0.00 |
| Doublestack Incubator | 310 Res.-EXEC | $8,810.00 | $0.00 | ($8,810.00) | $0.00 |
| Doublestack Incubator | 310 Res.-EXEC | $8,915.72 | $0.00 | ($8,915.72) | $0.00 |
| BioSafety Cabinet | 310 Res.-EXEC | $5,334.00 | $0.00 | ($5,334.00) | $0.00 |
| Spectrophotometer | 310 Res.-EXEC | $4,200.00 | $0.00 | ($4,200.00) | $0.00 |
| Centrifuge | 310 Res.-EXEC | $26,953.80 | $0.00 | ($26,953.80) | $0.00 |
| Ultrasonic Cell Disruptor | 310 Res.-EXEC | $2,547.21 | $0.00 | ($2,547.21) | $0.00 |
| Centrifuge Rotors | 310 Res.-EXEC | $4,573.14 | $0.00 | ($4,573.14) | $0.00 |
| Inverted Microscope | 310 Res.-EXEC | $7,274.00 | $0.00 | ($7,274.00) | $0.00 |
| Freezer | 310 Res.-EXEC | $9,841.20 | $0.00 | ($9,841.20) | $0.00 |
| Biological Irradiator | 310 Res.-EXEC | $73,600.00 | $0.00 | ($73,600.00) | $0.00 |
| Alarm System | 310 Res.-EXEC | $3,783.00 | $0.00 | ($3,783.00) | $0.00 |
| Centrifuge | 310 Res.-EXEC | $7,020.00 | $0.00 | ($7,020.00) | $0.00 |
| BioSafety Cabinet Hoods | 310 Res.-EXEC | $4,656.00 | $0.00 | ($4,656.00) | $0.00 |
| BioSafety Cabinet Hoods | 310 Res.-EXEC | $4,656.00 | $0.00 | ($4,656.00) | $0.00 |
| Liquid Nitrogen Freezer | 310 Res.-EXEC | $7,161.00 | $0.00 | ($7,161.00) | $0.00 |
| PCR System | 310 Res.-EXEC | $39,865.00 | $0.00 | ($39,865.00) | $0.00 |
| Sample Dissociator | 310 Res.-EXEC | $5,250.00 | $0.00 | ($5,250.00) | $0.00 |
| Centrifuge | 310 Res.-EXEC | $6,397.50 | $0.00 | ($6,397.50) | $0.00 |
| BioSafety Cabinet | 310 Res.-EXEC | $9,600.00 | $0.00 | ($9,600.00) | $0.00 |
| Centrifuge | 310 Res.-EXEC | $7,292.85 | $0.00 | ($7,292.85) | $0.00 |
| Lab Tables | 310 Res.-EXEC | $2,823.36 | $0.00 | ($2,823.36) | $0.00 |
| Microscope | 310 Res.-EXEC | $3,245.00 | $0.00 | ($3,245.00) | $0.00 |
| Thermostatted Autosampler | 310 Res.-EXEC | $5,425.37 | $0.00 | ($5,425.37) | $0.00 |
| Refrigerator | 310 Res.-EXEC | $4,893.36 | $0.00 | ($4,893.36) | $0.00 |
| Lab Tables | 310 Res.-EXEC | $3,650.86 | $0.00 | ($3,650.86) | $0.00 |
| Centrifuge | 310 Res.-EXEC | $6,201.41 | $0.00 | ($6,201.41) | $0.00 |
| Freezer | 310 Res.-EXEC | $5,853.00 | $0.00 | ($5,853.00) | $0.00 |
| Microplate Reader | 310 Res.-EXEC | $29,999.00 | $0.00 | ($29,999.00) | $0.00 |
| Refrigerator | 310 Res.-EXEC | $3,560.05 | $0.00 | ($3,560.05) | $0.00 |
| Stability Chambers | 310 Res.-EXEC | $11,858.01 | $0.00 | ($11,858.01) | $0.00 |
| Mini Cassette Holder | 310 Res.-EXEC | $3,251.00 | $0.00 | ($3,251.00) | $0.00 |
| Vapor Pressure Osmometer | 310 Res.-EXEC | $7,855.82 | $0.00 | ($7,855.82) | $0.00 |
| Freezer | 310 Res.-EXEC | $4,500.00 | $0.00 | ($4,500.00) | $0.00 |
| Freezer | 310 Res.-EXEC | $2,784.00 | $0.00 | ($2,784.00) | $0.00 |
| Chart Recorder | 310 Res.-EXEC | $1,325.80 | $0.00 | ($1,325.80) | $0.00 |
| Cryoplus storage racks | 310 Res.-EXEC | $5,193.12 | $0.00 | ($5,193.12) | $0.00 |
| Forma Cryo Tank | 310 Res.-EXEC | $12,950.00 | $0.00 | ($12,950.00) | $0.00 |
| Blotting Transfer System | 310 Res.-EXEC | $2,750.00 | $0.00 | ($2,750.00) | $0.00 |
| AKTA Pump P-960 | 310 Res.-EXEC | $4,402.20 | $0.00 | ($4,402.20) | $0.00 |
| Electrororator | 310 Res.-EXEC | $3,395.00 | $0.00 | ($3,395.00) | $0.00 |
| Freezer | 310 Res.-EXEC | $5,138.00 | $0.00 | ($5,138.00) | $0.00 |
| Freezer | 310 Res.-EXEC | $8,702.00 | $0.00 | ($8,702.00) | $0.00 |
| Freezer | 310 Res.-EXEC | $8,702.00 | $0.00 | ($8,702.00) | $0.00 |
| AKTA Pump P-960 | 310 Res.-EXEC | $4,490.52 | $0.00 | ($4,490.52) | $0.00 |
| Microplate Washer | 310 Res.-EXEC | $10,648.68 | $0.00 | ($10,648.68) | $0.00 |
| Microplate Washer | 310 Res.-EXEC | $25,230.11 | $0.00 | ($25,230.11) | $0.00 |
| JANUS automated workstation | 310 Res.-EXEC | $2,500.00 | $0.00 | ($2,500.00) | $0.00 |
| JANUS automated workstation | 310 Res.-EXEC | $84,097.24 | $0.00 | ($84,097.24) | $0.00 |
| JANUS automated workstation | 310 Res.-EXEC | $128,295.45 | $0.00 | ($128,295.45) | $0.00 |
| JANUS automated workstation | 310 Res.-EXEC | $25,180.00 | $0.00 | ($25,180.00) | $0.00 |
| Freezer | 310 Res.-EXEC | $11,430.03 | $0.00 | ($11,430.03) | $0.00 |
| Rodent Housing | 310 Res.-EXEC | $5,747.50 | $0.00 | ($5,747.50) | $0.00 |
| Rodent Housing | 310 Res.-EXEC | $5,747.50 | $0.00 | ($5,747.50) | $0.00 |
| Cell Viability Counter | 310 Res.-EXEC | $4,928.00 | $0.00 | ($4,928.00) | $0.00 |
| Sensor Monitor | 310 Res.-EXEC | $2,834.16 | $0.00 | ($2,834.16) | $0.00 |
| Laptop Computer | 310 Res.-EXEC | $500.00 | $0.00 | ($500.00) | $0.00 |
| PCR Thermal Cycler | 310 Res.-EXEC | $5,000.00 | $0.00 | ($5,000.00) | $0.00 |
| BioSafety Cabinet | 310 Res.-EXEC | $4,500.00 | $0.00 | ($4,500.00) | $0.00 |
| BioSafety Cabinet | 310 Res.-EXEC | $4,500.00 | $0.00 | ($4,500.00) | $0.00 |
| BioSafety Cabinet | 310 Res.-EXEC | $5,000.00 | $0.00 | ($5,000.00) | $0.00 |
| Freezer | 310 Res.-EXEC | $6,774.17 | $0.00 | ($6,774.17) | $0.00 |
| Centrifuge | 310 Res.-EXEC | $8,910.89 | $0.00 | ($8,910.89) | $0.00 |
| Incubator | 310 Res.-EXEC | $3,500.00 | $0.00 | ($3,500.00) | $0.00 |
| Incubator | 310 Res.-EXEC | $3,500.00 | $0.00 | ($3,500.00) | $0.00 |
| Incubator | 310 Res.-EXEC | $1,000.00 | $0.00 | ($1,000.00) | $0.00 |
| Freezer | 310 Res.-EXEC | $6,774.17 | $0.00 | ($6,774.17) | $0.00 |
| Cell Analyzer | 310 Res.-EXEC | $9,300.00 | $0.00 | ($9,300.00) | $0.00 |
| LCD Monitor | 310 Res.-EXEC | $1,069.50 | $0.00 | ($1,069.50) | $0.00 |
| LCD Monitor | 310 Res.-EXEC | $1,069.50 | $0.00 | ($1,069.50) | $0.00 |
| Cell Analyzer Lasers | 310 Res.-EXEC | $200,531.25 | $0.00 | ($200,531.25) | $0.00 |

| Description | Department | Opening Balance - Cost | Acquisition | (Disposal/ Depreciation) | Net Book Value of debtor's interest |
|---|---|---|---|---|---|
| Cell Analyzer Table | 310 Res.-EXEC | $2,325.00 | $0.00 | ($2,325.00) | $0.00 |
| High Throughput Sampler | 310 Res.-EXEC | $41,850.00 | $0.00 | ($41,850.00) | $0.00 |
| Flow Supply System | 310 Res.-EXEC | $6,533.25 | $0.00 | ($6,533.25) | $0.00 |
| Alarm System | 310 Res.-EXEC | $4,500.00 | $0.00 | ($4,500.00) | $0.00 |
| Forma Cryo Tank | 310 Res.-EXEC | $13,382.64 | $0.00 | ($13,382.64) | $0.00 |
| Forma Cryo Tank | 310 Res.-EXEC | $1,385.55 | $0.00 | ($1,385.55) | $0.00 |
| Freezer | 310 Res.-EXEC | $13,193.82 | $0.00 | ($13,193.82) | $0.00 |
| Freezer | 310 Res.-EXEC | $13,193.82 | $0.00 | ($13,193.82) | $0.00 |
| Freezer | 310 Res.-EXEC | $6,774.17 | $0.00 | ($6,774.17) | $0.00 |
| Freezer | 310 Res.-EXEC | $6,774.17 | $0.00 | ($6,774.17) | $0.00 |
| Blotting Transfer System | 310 Res.-EXEC | $2,547.00 | $0.00 | ($2,547.00) | $0.00 |
| MicroCentrifuge | 310 Res.-EXEC | $2,572.94 | $0.00 | ($2,572.94) | $0.00 |
| BioSafety Cabinet | 310 Res.-EXEC | $4,500.00 | $0.00 | ($4,500.00) | $0.00 |
| BioSafety Cabinet | 310 Res.-EXEC | $4,500.00 | $0.00 | ($4,500.00) | $0.00 |
| Centrifuge | 310 Res.-EXEC | $6,500.00 | $0.00 | ($6,500.00) | $0.00 |
| BioSafety Cabinet | 310 Res.-EXEC | $4,500.00 | $0.00 | ($4,500.00) | $0.00 |
| Flow Cytometer | 300 Discovery | $107,235.00 | $0.00 | ($107,235.00) | $0.00 |
| Plate Reader | 300 Discovery | $16,462.50 | $0.00 | ($16,462.50) | $0.00 |
| Centrifuge | 400 Facil.-R&D | $4,000.00 | $0.00 | ($4,000.00) | $0.00 |
| Centrifuge | 240 Ext. MFG | $6,946.89 | $0.00 | ($6,946.89) | $0.00 |
| Microplate Reader | 320 TMed | $7,069.00 | $0.00 | ($7,069.00) | $0.00 |
| BioSafety Cabinet | 400 Facil.-R&D | $4,700.00 | $0.00 | ($4,700.00) | $0.00 |
| Device Driver for BioTek | 300 Discovery | $10,454.20 | $0.00 | ($10,454.20) | $0.00 |
| Microplate Reader | 300 Discovery | $127,500.00 | $0.00 | ($127,500.00) | $0.00 |
| Centrifuge | 330 Pre-clinical Development | $5,500.00 | $0.00 | ($5,500.00) | $0.00 |
| Freezer | 300 Discovery | $13,331.02 | $0.00 | ($13,331.02) | $0.00 |
| Sample Dissociator | 300 Discovery | $3,570.00 | $0.00 | ($3,570.00) | $0.00 |
| Centrifuge | 300 Discovery | $9,583.62 | $0.00 | ($9,583.62) | $0.00 |
| Automation Workstation | 320 TMed | $60,052.16 | $0.00 | ($60,052.16) | $0.00 |
| Workstation Enclosure | 320 TMed | $4,985.15 | $0.00 | ($4,985.15) | $0.00 |
| Orbital Shaker | 320 TMed | $7,496.30 | $0.00 | ($7,496.30) | $0.00 |
| Multichannel Pippetts | 330 Pre-clinical Development | $5,607.45 | $0.00 | ($5,607.45) | $0.00 |
| Forma Cryo Tank | 400 Facil.-R&D | $20,002.60 | $0.00 | ($20,002.60) | $0.00 |
| UNIVESSELMU; UNIVESSELMU: According to configurati | 240 Ext. MFG | $5,039.60 | $0.00 | ($5,039.60) | $0.00 |
| Icemaker | 140 Facilities | $4,015.71 | $0.00 | ($4,015.71) | $0.00 |
| A31841 Biomek NXP Multichannel B40917 Biomek Win | 320 TMed | $13,516.36 | $0.00 | ($13,516.36) | $0.00 |
| I30/384 MDT Disposable Tip Head(384-tip) | 300 Discovery | $26,412.00 | $0.00 | ($26,412.00) | $0.00 |
| MultiFlo&,¢ FX Multi-Mode Dispenser - MultiFlo FX wi | 300 Discovery | $11,568.50 | $0.00 | ($11,568.50) | $0.00 |
| Biotek #SVCICTCOMBO | 300 Discovery | $1,050.00 | $0.00 | ($1,050.00) | $0.00 |
| SVC COMBO INSTL & TRAINING | | | $0.00 | $0.00 | $0.00 |
| TI | | | $0.00 | $0.00 | $0.00 |
| Quotation #9646; Lab Tables | 140 Facilities | $2,678.00 | $0.00 | ($2,678.00) | $0.00 |
| BioStack&,¢4 is a compact and versatile microplate s | 300 Discovery | $15,606.00 | $0.00 | ($15,606.00) | $0.00 |
| Biotek #1230004 ACCESS STACK 30 PLATE LID | 300 Discovery | $1,900.00 | $0.00 | ($1,900.00) | $0.00 |
| Emax Plus Microplate reader; | 320 TMed | $7,908.00 | $0.00 | ($7,908.00) | $0.00 |
| Quote #: Q-00006278 | | | $0.00 | $0.00 | $0.00 |
| Quote No. 5356-3964-63; FORMA DH CO2 DECON 120V an | 300 Discovery | $5,698.57 | $0.00 | ($5,698.57) | $0.00 |
| PlateLoc Thermal Microplate Sealer | 300 Discovery | $25,959.00 | $0.00 | ($25,959.00) | $0.00 |
| Quote No. 5356-3964-63; FORMA DH CO2 DECON 120V an | 330 Pre-clinical Development | $5,698.57 | $0.00 | ($5,698.57) | $0.00 |
| 5ft Bio Safety Cabinet; | 320 TMed | $8,861.48 | $0.00 | ($8,861.48) | $0.00 |
| 1300 A2 1.5 10 120V Packa | | | $0.00 | $0.00 | $0.00 |
| Lab Refrigerator 115V 60HZ | 300 Discovery | $4,543.11 | $0.00 | ($4,543.11) | $0.00 |
| POLYTRON® PT 2 | 330 Pre-clinical Development | $3,965.00 | $0.00 | ($3,965.00) | $0.00 |
| Robot barcode reader upgrade | 300 Discovery | $6,620.00 | $0.00 | ($6,620.00) | $0.00 |
| Robot barcode reader upgrade | 300 Discovery | $2,130.00 | $0.00 | ($2,130.00) | $0.00 |
| Attune NXT AFC BVRY-Laser | 320 TMed | $187,575.00 | $0.00 | ($187,575.00) | $0.00 |
| STERILELITE 24L 120V Bench top Autoclave. SKU# S | 140 Facilities | $5,835.14 | $0.00 | ($5,835.14) | $0.00 |
| EVOS FL Auto 2.0 | | $54,171.31 | $0.00 | ($54,171.31) | $0.00 |
| Nikon Ts2-FL Inverted Tissue Culture Microscope | 330 Pre-clinical Development | $7,519.67 | $0.00 | ($7,519.67) | $0.00 |
| UGL3020A REVCO GENERAL FREEZER. Thermo Scientifica,¢ | 320 TMed | $14,874.30 | $0.00 | ($14,874.30) | $0.00 |
| REL2304A REVCO GENERAL FRIDGE. Thermo Scientifica,¢ | 320 TMed | $5,759.59 | $0.00 | ($5,759.59) | $0.00 |
| REL2304A REVCO GENERAL FRIDGE. Thermo Scientifica,¢ | 320 TMed | $5,759.59 | $0.00 | ($5,759.59) | $0.00 |
| TF7404 FORMA CRYO TANK 340 LITERS, LN2 - 150C free | 320 TMed | $15,664.59 | $0.00 | ($15,664.59) | $0.00 |
| MIO Incubator + Mounting Features for Integration | 300 Discovery | $9,069.74 | $0.00 | ($9,069.74) | $0.00 |
| Man Hours Required to Install MIO Incubator on Tec | 300 Discovery | $3,583.98 | $0.00 | ($3,583.98) | $0.00 |
| Benchtop Pro Lyophilizer | 240 Ext. MFG | $15,126.72 | $0.00 | ($15,126.72) | $0.00 |
| Cabinet for Fluent 1080 with Labor and Freight | | $10,743.95 | $0.00 | ($10,743.95) | $0.00 |
| CHEMIDOC MP Imaging System | | $45,059.10 | $0.00 | ($45,059.10) | $0.00 |
| Plate Chilling Unit for Pleiades Automation. Inclu | 300 Discovery | $26,395.00 | $0.00 | ($25,955.28) | $439.72 |
| Mounting Components to adapt Mantis Fluid Handler | 300 Discovery | $3,000.00 | $0.00 | ($2,950.00) | $50.00 |
| Eppendorf Innova U725 Freezer | 300 Discovery | $10,205.25 | $0.00 | ($9,865.22) | $340.03 |
| FlowCam | 240 Ext. MFG | $52,500.00 | $0.00 | ($52,500.00) | $0.00 |
| Becton Dickinson Accuri C6 Plus System with BD CSampler Plus | | $56,540.00 | $0.00 | ($47,117.00) | $9,423.00 |
| EL406 Combination Microplate Washer Dispenser â€" 384-/96-well Washer with 3 Reagent Dispensers. Includes 1 peristaltic pump dispenser, dual syringe pump dispensers, wash module ultrasonic cleaner, auto | 300 Discovery | $39,431.20 | $0.00 | ($32,202.31) | $7,228.89 |
| Multidrop Combi with SMART 2 option | 300 Discovery | $36,628.28 | $0.00 | ($29,913.03) | $6,715.25 |

| Description | Department | Opening Balance - Cost | Acquisition | (Disposal/ Depreciation) | Net Book Value of debtor's interest |
|---|---|---|---|---|---|
| Sartorius Secura 26-1S Balance | 240 Ext. MFG | $14,572.25 | $0.00 | ($11,900.63) | $2,671.62 |
| Bioinformatics Software License fees - perpetual license | 300 Discovery | $28,080.00 | $0.00 | ($28,080.00) | $0.00 |
| -86C REVCO CHEST ULT 17CF 230V**QUOTE 8179-2609-78** | 300 Discovery | $10,785.28 | $0.00 | ($8,448.25) | $2,337.03 |
| JANUS Controller M900 64 bit PC | 300 Discovery | $2,740.00 | $0.00 | ($2,100.82) | $639.18 |
| JANUS Controller M900 64 bit PC | 300 Discovery | $2,740.00 | $0.00 | ($2,055.15) | $684.85 |
| AID iSpot ELISpot Reader | 320 TMed | $27,200.00 | $0.00 | ($27,200.00) | $0.00 |
| VIAFLOW 384 Base Unit with Pipetting heads & plate holders | 300 Discovery | $38,161.58 | $0.00 | ($26,076.82) | $12,084.76 |
| Flake Icemaker purchased from Webstaurant | | $3,617.25 | $0.00 | ($2,471.48) | $1,145.77 |
| NuclearCounter NC-200 package Laptop stand IQ/OQ Kit - for validation of NC-200 IQ/OQ Onsite w-FAS Vial-Cassettes - 100/box See Quote #8753 | 320 TMed | $24,890.00 | $0.00 | ($15,763.54) | $9,126.46 |
| Accuri FY18 Q1 Promo | 300 Discovery | $57,140.00 | $0.00 | ($37,140.87) | $19,999.13 |
| I30/384 MDT Disposable Tip Head(384-tip) Janus Replacement Head | 300 Discovery | $22,800.00 | $0.00 | ($14,440.00) | $8,360.00 |
| Vacuum pump | 300 Discovery | $2,620.50 | $0.00 | ($1,616.16) | $1,004.34 |
| frt | 320 TMed | $18.37 | $0.00 | ($11.16) | $7.21 |
| ME-TSEAL2A USAT-SEAL II 100-240V | 320 TMed | $4,149.81 | $0.00 | ($2,489.76) | $1,660.05 |
| Robotics Arm Integration for Echo Liquid Handler | 300 Discovery | $22,467.00 | $0.00 | ($13,480.20) | $8,986.80 |
| 3ME-SC203A TSCDII 110V (TSCD Welder) | 320 TMed | $17,845.37 | $0.00 | ($10,409.70) | $7,435.67 |
| HERA VIOS 160I CO2 SST TC 120V Incubator, CO2; Thermo Scientific; Heracell VIOS 160i CO2 incubator; Single chamber with TC180 CO2 sensor; 120V 50/60Hz | 300 Discovery | $6,969.40 | $0.00 | ($3,949.44) | $3,019.96 |
| VIOS SST IR 120V 6 CELL LOCK | 300 Discovery | $12,261.07 | $0.00 | ($6,743.55) | $5,517.52 |
| CryoExtra high-efficiency cryogenic storage system; 797 liters (LN2 capacity); 40,600 (2mL) vials | 320 TMed | $27,096.80 | $0.00 | ($13,096.69) | $14,000.11 |
| INVENTORY VERTICAL RACK, 14 PO | 320 TMed | $3,265.86 | $0.00 | ($1,578.47) | $1,687.39 |
| 1 Echo 525 Liquid Handler with barcode readers | | $238,272.00 | $0.00 | ($144,948.80) | $93,323.20 |
| Storage Rack, Adjustable; Thermo Scientific Revco; Side Access; For 17.2, 20.2 and 24.4 cu.ft. upright single-door freezers; Holds 16 x 2 in. or 12 x 3 in. boxes; 5.4W x 9.6D x 22.1 in. H Vendor Catal | 320 TMed | $3,019.95 | $0.00 | ($1,409.24) | $1,610.71 |
| MINI VERTICAL STNSTL-Racks for Cat 13 762 376 | 320 TMed | $1,686.86 | $0.00 | ($787.08) | $899.78 |
| AID LED Upgrade (EQ235) - ELR0027 | 400 Facil.-R&D | $4,900.00 | $0.00 | ($2,205.09) | $2,694.91 |
| frt | 400 Facil.-R&D | $120.00 | $0.00 | ($54.00) | $66.00 |
| BioTek Plate Washer (405LSUVS) | 400 Facil.-R&D | $19,746.00 | $0.00 | ($8,885.70) | $10,860.30 |
| frt | 400 Facil.-R&D | $175.19 | $0.00 | ($78.84) | $96.35 |
| 1300 A2 SS 4FT PKG 120V | 400 Facil.-R&D | $7,779.60 | $0.00 | ($3,111.84) | $4,667.76 |
| 0 Scepter Handheld Automated Cell Counter (includes | 320 TMed | $3,714.50 | $0.00 | ($1,300.11) | $2,414.39 |
| cell counter, | | | $0.00 | $0.00 | $0.00 |
| USB cable, test beads, downloading software and 2 | | | $0.00 | $0.00 | $0.00 |
| O-rings) with | | | $0.00 | $0.00 | $0.00 |
| 50 sensors 60Âµm | | | $0.00 | $0.00 | $0.00 |
| Equipment: GatheRex Liquid Handling, Cell Harvest Pump | 240 Ext. MFG | $15,045.00 | $0.00 | ($3,510.50) | $11,534.50 |
| Sepax C-Pro | 240 Ext. MFG | $81,412.50 | $0.00 | ($18,996.32) | $62,416.18 |
| Shipping and Handling | 240 Ext. MFG | $2,500.00 | $0.00 | ($583.38) | $1,916.62 |
| CultureWash Sepax C-Pro protocol software | 240 Ext. MFG | $18,656.00 | $0.00 | ($4,353.02) | $14,302.98 |
| Dilution Sepax C-Pro protocol software | 240 Ext. MFG | $9,328.00 | $0.00 | ($2,176.58) | $7,151.42 |
| CliniMACS plus Instrument, (USA) includes: - Power cord -USA- - Country specific CliniMACS User Manual - Bag hangers - Stabilization foot | 240 Ext. MFG | $93,500.00 | $0.00 | ($26,491.61) | $67,008.39 |
| Labor services | 240 Ext. MFG | $2,450.00 | $0.00 | ($694.11) | $1,755.89 |
| Freight costs | 240 Ext. MFG | $540.00 | $0.00 | ($153.00) | $387.00 |
| CliniMACS PLUS Instrument IQ/OQ IQ service and tests: Cleaning and individual adjustment at the local operating condition, Country specific User Manual, bag hangers, Installation of the instrument, S | 240 Ext. MFG | $6,350.00 | $0.00 | ($1,799.11) | $4,550.89 |
| Binder IQOQ Sepax | 240 Ext. MFG | $2,890.00 | $0.00 | ($674.38) | $2,215.62 |
| Thermo Scientific Sorvall Legend X1 Centrifuge and Rotor Packages (line 2 on quote) | 330 Pre-clinical Development | $7,981.70 | $0.00 | ($2,394.54) | $5,587.16 |
| BeadWash Sepax C-Pro protocol software + Shipping & Handling Sepax SN 7227.1159 (Product# 29286433) | 240 Ext. MFG | $26,120.00 | $0.00 | ($6,094.62) | $20,025.38 |
| Freight | 240 Ext. MFG | $4,282.93 | $0.00 | ($1,142.08) | $3,140.85 |
| CliniMACS plus Instrument, (Canada) includes: - Power cord - Canada - Country specific CliniMACS User Manual - Bag hangers - Stabilization foot | 240 Ext. MFG | $93,774.72 | $0.00 | ($25,006.56) | $68,768.16 |
| Oil less air compressor for the Echo. | 300 Discovery | $2,823.11 | $0.00 | ($799.85) | $2,023.26 |
| shipping | 300 Discovery | $805.70 | $0.00 | ($228.31) | $577.39 |
| LEGEND XFR TX-1000 CELL CULTURE. Floor model sorvall centrifuge | 320 TMed | $13,517.03 | $0.00 | ($3,604.48) | $9,912.55 |
| Fixed angle rotor for Sorvall centrifuge. PROMO F21-48X2 - Rec'd. 2/19/21 | 320 TMed | $1,369.08 | $0.00 | ($387.94) | $981.14 |
| PHANTOM2 STANDARD, 115V Catalog # NC1916088 Vendor Catalog # 3070400-QT-00036801 | 400 Facil.-R&D | $11,343.00 | $0.00 | ($2,835.75) | $8,507.25 |
| CliniMACS PLUS Instrument IQ/OQ IQ service and tests: Cleaning and individual adjustment at the local operating condition, Country specific User Manual, bag hangers, Installation of the instrument, | 240 Ext. MFG | $6,443.26 | $0.00 | ($1,718.24) | $4,725.02 |
| Freight | 240 Ext. MFG | $405.81 | $0.00 | ($108.16) | $297.65 |
| Labor services | 240 Ext. MFG | $2,442.05 | $0.00 | ($651.20) | $1,790.85 |
| 970-0200 - NucleoCounterÂ® NC-200â„¢ | 240 Ext. MFG | $19,900.00 | $0.00 | ($4,975.05) | $14,924.95 |
| 951-3004 - License for 21 CFR Part 11 | 240 Ext. MFG | $3,040.00 | $0.00 | ($760.05) | $2,279.95 |
| Sales Freight | 240 Ext. MFG | $40.00 | $0.00 | ($10.05) | $29.95 |
| iQUE Robot System and Software w Installation 04/05/2021 | | $228,532.00 | $0.00 | ($57,133.05) | $171,398.95 |
| LEGEND XFR TX-1000 CELL CULTURE | 320 TMed | $13,957.52 | $0.00 | ($3,256.82) | $10,700.70 |

| Description | Department | Opening Balance - Cost | Acquisition | (Disposal/ Depreciation) | Net Book Value of debtor's interest |
|---|---|---|---|---|---|
| PROMO F21-48X2 | 320 TMed | $1,369.08 | $0.00 | ($319.48) | $1,049.60 |
| TSX3005SA TSX REF SOLID 30CF 120V/60HZ (line 2 on quote) | 400 Facil.-R&D | $5,470.26 | $0.00 | ($1,276.38) | $4,193.88 |
| Invitrogen Neon Transfection System, Cat. No. MPK5000 | 300 Discovery | $4,065.00 | $0.00 | ($880.75) | $3,184.25 |
| Fluent 1080 w/ airFCA & MCA384 & RGA-FES | 300 Discovery | $67,273.03 | $0.00 | ($14,575.86) | $52,697.17 |
| Shipping & Handling | 300 Discovery | $5,726.00 | $0.00 | ($1,240.59) | $4,485.41 |
| Arm #1: Flexible Channel Arm, Air, 8-Tip | 300 Discovery | $57,675.14 | $0.00 | ($12,496.25) | $45,178.89 |
| Arm #2: Multiple Channel Arm (MCA384) | 300 Discovery | $112,086.27 | $0.00 | ($24,285.30) | $87,800.97 |
| Arm #3: Robotic Gripper Arm with Finger Exchange System (RGAFES) | 300 Discovery | $35,723.37 | $0.00 | ($7,740.07) | $27,983.30 |
| Carriers | 300 Discovery | $26,221.89 | $0.00 | ($5,681.39) | $20,540.50 |
| FluentID for Tube Barcodes | 300 Discovery | $6,958.94 | $0.00 | ($1,507.74) | $5,451.20 |
| Hydrospeed Washer | 300 Discovery | $13,425.76 | $0.00 | ($2,908.88) | $10,516.88 |
| Fluent Stacker | 300 Discovery | $48,343.16 | $0.00 | ($10,474.36) | $37,868.80 |
| Cabinet | 300 Discovery | $18,195.63 | $0.00 | ($3,942.38) | $14,253.25 |
| Installation | 300 Discovery | $31,974.92 | $0.00 | ($6,927.96) | $25,046.96 |
| Computer & Software | 300 Discovery | $11,414.47 | $0.00 | ($2,473.12) | $8,941.35 |
| Commissioning and Qualification Performance 0.5 day | 240 Ext. MFG | $1,644.00 | $0.00 | ($356.20) | $1,287.80 |
| Biomek FXP/NXP Win7 to Win 10 Upgrade kit with Biomek 4.2 Software | 300 Discovery | $22,066.20 | $0.00 | ($3,309.93) | $18,756.27 |
| VT-2380-US-01 Tube Sealer | 240 Ext. MFG | $4,725.00 | $0.00 | ($551.25) | $4,173.75 |
| CO2 Double Stack Incubator / Shipping / Skidding | 240 Ext. MFG | $0.00 | $7,125.00 | ($712.50) | $6,412.50 |
| handling chgs | 320 TMed | $0.00 | $19.00 | ($1.92) | $17.08 |
| Attune&¢ NxT XE3 Computer Upgrade Kit | 320 TMed | $0.00 | $4,184.00 | ($418.38) | $3,765.62 |
| Sorvall X4RF Pro-MD TX-1000 TC 120 V | 400 Facil.-R&D | $0.00 | $14,893.62 | ($992.92) | $13,900.70 |
| Long Working Distance Brightfield, Phase Contrast, and Fluorescence Optics | 330 Pre-clinical Development | $0.00 | $5,529.20 | ($276.45) | $5,252.75 |
| Nikon Ti2U Inverted Research Microscope | 330 Pre-clinical Development | $0.00 | $16,032.84 | ($801.63) | $15,231.21 |
| Fluorescence Components - LED Light Engine for DAPI, GFP, TRITC, and Cy5 | 330 Pre-clinical Development | $0.00 | $9,908.40 | ($495.42) | $9,412.98 |
| Color & Monochrome Digital Imaging System for Fluorescence | 330 Pre-clinical Development | $0.00 | $17,836.96 | ($891.84) | $16,945.12 |
| Sorvall X4R Pro-MD | 400 Facil.-R&D | $0.00 | $13,519.90 | ($675.99) | $12,843.91 |
| Shipping LTL Special Handling for Controlled Rate Freezer | 240 Ext. MFG | $0.00 | $475.00 | ($23.76) | $451.24 |
| Thermo CryoMed Controlled Rate Freezer | 240 Ext. MFG | $0.00 | $3,500.00 | ($174.99) | $3,325.01 |
| AX to N4 Upgrade (FX Server, FX30 and FX60) | 400 Facil.-R&D | $0.00 | $19,890.00 | ($994.50) | $18,895.50 |
| ACell 712 System on a Custom Table | 300 Discovery | $64,800.00 | $0.00 | ($2,160.00) | $62,640.00 |
| ACell RobotTrack - 2.0m | 300 Discovery | $21,600.00 | $0.00 | ($720.00) | $20,880.00 |
| Electrical Cabinet | 300 Discovery | $7,488.00 | $0.00 | ($249.60) | $7,238.40 |
| Ergotron with Computer | 300 Discovery | $1,728.00 | $0.00 | ($57.60) | $1,670.40 |
| MultiTier Device Table with Guarding | 300 Discovery | $15,120.00 | $0.00 | ($504.00) | $14,616.00 |
| Plate Hotel - Position 4 | 300 Discovery | $2,952.00 | $0.00 | ($98.40) | $2,853.60 |
| Ergotron | 300 Discovery | $1,584.00 | $0.00 | ($52.80) | $1,531.20 |
| Turntable | 300 Discovery | $1,800.00 | $0.00 | ($60.00) | $1,740.00 |
| Device Slide | 300 Discovery | $3,600.00 | $0.00 | ($120.00) | $3,480.00 |
| Plate Hotel - Position 8 | 300 Discovery | $1,764.00 | $0.00 | ($58.80) | $1,705.20 |
| LidValet | 300 Discovery | $8,064.00 | $0.00 | ($268.80) | $7,795.20 |
| AmbiStore M Universal Base US and EU | 300 Discovery | $33,652.08 | $0.00 | ($1,121.74) | $32,530.34 |
| TundraStore D, 120V, fixed integration plate | 300 Discovery | $60,850.44 | $0.00 | ($2,028.34) | $58,822.10 |
| 24 Position Random Access Hotel Ambi/Steri/Tundra | 300 Discovery | $13,608.00 | $0.00 | ($453.60) | $13,154.40 |
| AmbiStore M Safety Doors | 300 Discovery | $1,440.00 | $0.00 | ($48.00) | $1,392.00 |
| LidDiscard | 300 Discovery | $1,620.00 | $0.00 | ($54.00) | $1,566.00 |
| Factory Acceptance Test - ACell â€" Complex - Multiple Arm or Rail | 300 Discovery | $2,880.00 | $0.00 | ($96.00) | $2,784.00 |
| Installation | 300 Discovery | $26,560.00 | $0.00 | ($885.34) | $25,674.66 |
| Shipping | 300 Discovery | $2,840.00 | $0.00 | ($94.66) | $2,745.34 |
| Site Acceptance Test - ACell â€" Complex - Multiple Arm or Rail | 300 Discovery | $3,840.00 | $0.00 | ($128.00) | $3,712.00 |
| Light Curtain | 300 Discovery | $1,432.80 | $0.00 | ($47.76) | $1,385.04 |
| Cellario | 300 Discovery | $11,520.00 | $0.00 | ($384.00) | $11,136.00 |
| Cellario - Device Driver Complex | 300 Discovery | $7,200.00 | $0.00 | ($240.00) | $6,960.00 |
| Cellario - Device Driver Standard | 300 Discovery | $23,760.00 | $0.00 | ($792.00) | $22,968.00 |
| Cellario - Device Driver Standard - 50% discount for multiple license | 300 Discovery | $10,800.00 | $0.00 | ($360.00) | $10,440.00 |
| Cellario - Device Driver Complex - 50% discount for multiple license | 300 Discovery | $2,000.00 | $0.00 | ($66.66) | $1,933.34 |
| OVT TEMP CALIBRATION NIST/DAKK | 300 Discovery | $6,300.36 | $0.00 | ($210.02) | $6,090.34 |
| 96XL,ON DECK THERMAL CYCLER XL | 300 Discovery | $63,713.79 | $0.00 | ($2,123.80) | $61,589.99 |
| VERIFICATION TOOL 96 ( OVT ) | 300 Discovery | $17,127.21 | $0.00 | ($570.90) | $16,556.31 |
| ASSY, XPEEL, AUTOMATED, 115V | 300 Discovery | $40,170.00 | $0.00 | ($1,339.00) | $38,831.00 |
| ColdPlate | 300 Discovery | $7,000.00 | $0.00 | ($233.34) | $6,766.66 |
| 4titude a4S Automatic Roll Heat Sealer | 300 Discovery | $41,952.76 | $0.00 | ($1,398.42) | $40,554.34 |
| frt | 300 Discovery | $32.59 | $0.00 | ($1.08) | $31.51 |
| APC Galaxy VS GVSUPS15KB4FS and Accessories | 400 Facil.-R&D | $18,741.50 | $0.00 | ($624.72) | $18,116.78 |
| Sci-Print MP2 | 300 Discovery | $0.00 | $31,500.00 | ($1,050.00) | $30,450.00 |
| Shipping and Handling | 300 Discovery | $0.00 | $500.00 | ($16.66) | $483.34 |
| Freight on Centrifuge | 300 Discovery | $0.00 | $1,598.71 | ($53.30) | $1,545.41 |
| HiG 4 Automated Centrifuge | 300 Discovery | $0.00 | $145,977.00 | ($4,865.90) | $141,111.10 |
| 96XL,ON DECK THERMAL CYCLER XL | 300 Discovery | $0.00 | $63,713.79 | ($2,123.80) | $61,589.99 |
| Secondary Peristaltic Pump Dispenser Module. Adds 1 peristaltic pump dispenser to MultiFlo FX. For 6- to 1536-well microplates. Includes 1 plastic tip cassette. | 300 Discovery | $0.00 | $4,713.16 | ($157.10) | $4,556.06 |

| Description | Department | Opening Balance - Cost | Acquisition | (Disposal/ Depreciation) | Net Book Value of debtor's interest |
|---|---|---|---|---|---|
| Dual Syringe Dispenser Module - Autoclavable. Adds 2 syringe drive dispensers to MultiFlo FX. For 6- to 1536- well microplates. Manifold(s) required and must be purchased separately. | 300 Discovery | $0.00 | $8,244.12 | ($274.80) | $7,969.32 |
| MultiFlo FX with 2 module arms, 1 peristaltic dispense pump. Includes 1 peri-pump cassette with plastic tips. Additional cassettes ordered separately. | 300 Discovery | $0.00 | $16,143.24 | ($538.10) | $15,605.14 |
| 1x16-tube Manifold. For 96- and faster 384-well microplate dispensing. Steel tips. 2 required for Dual Syringe Dispenser Module. (Autoclavable) | 400 Facil.-R&D | $0.00 | $1,197.84 | ($39.92) | $1,157.92 |
| The instrument installation includes unpacking and setup per authorized BioTek procedures. Standard training on the use of the instrument and software is conducted. User(s) will be trained to program | 400 Facil.-R&D | $0.00 | $1,000.00 | ($33.34) | $966.66 |
| LHC software offers PC control and third party robot system integration of 405 Touch / 405 LS / ELx405 Select Deep Well Washers, EL406 Washer Dispenser and MultiFlo / MultiFlo FX Dispensers. License | 400 Facil.-R&D | $0.00 | $1,756.28 | ($58.54) | $1,697.74 |
| OVT TEMP CALIBRATION NIST/DAKK | 300 Discovery | $0.00 | $6,300.36 | ($210.02) | $6,090.34 |
| VERIFICATION TOOL 96 ( OVT ) | 300 Discovery | $0.00 | $17,127.21 | ($570.90) | $16,556.31 |
| Cytomat C2450-LiN - NEW | 300 Discovery | $0.00 | $76,157.00 | ($2,538.56) | $73,618.44 |
| Shaking control ToS - C2 | 300 Discovery | $0.00 | $2,990.00 | ($99.66) | $2,890.34 |
| Transfer station - C2 | 300 Discovery | $0.00 | $2,272.00 | ($75.74) | $2,196.26 |
| Gate Position B2 - C2/C5/C10 | 300 Discovery | $0.00 | $7,550.00 | ($251.66) | $7,298.34 |
| BCR Barcode Reader C2/C5/C10/C10 Hotel | 300 Discovery | $0.00 | $5,454.00 | ($181.80) | $5,272.20 |
| Tower Shaker (3mm,P52) | 300 Discovery | $0.00 | $37,906.00 | ($1,263.54) | $36,642.46 |
| Cytomat 2 Installation | 300 Discovery | $0.00 | $2,257.50 | ($75.26) | $2,182.24 |
| Packaging Cytomat 2-NEW | 300 Discovery | $0.00 | $757.00 | ($25.24) | $731.76 |
| Cytomat (HighRes System Shipping Costs - Equipment PO #13422 | 300 Discovery | $0.00 | $17,880.22 | ($596.00) | $17,284.22 |
| Biomek De installation and Re Installation at Genocea-Labor & Travel Hours-03/31/22 | 400 Facil.-R&D | $0.00 | $3,087.50 | ($102.92) | $2,984.58 |
| Beckman Inv# 31306075 | 400 Facil.-R&D | $0.00 | $2,008.00 | ($66.94) | $1,941.06 |
| Beckman inv# 31303812 | 400 Facil.-R&D | $0.00 | $3,908.00 | ($130.26) | $3,777.74 |
| Beckman inv# 31309023 | 400 Facil.-R&D | $0.00 | $3,800.00 | ($126.66) | $3,673.34 |
| Echo Move for HighRes - s/n E5XX-19022 - Quotation_Genocea_04042022_0905 AM | 400 Facil.-R&D | $0.00 | $6,699.00 | ($223.30) | $6,475.70 |
| OVT TEMP CALIBRATION NIST/DAKK | 300 Discovery | $0.00 | $6,300.36 | ($6,300.36) | $0.00 |
| VERIFICATION TOOL 96 ( OVT ) | 300 Discovery | $0.00 | $17,127.21 | ($17,127.21) | $0.00 |
| Biomek Relocation to HighRes System | 400 Facil.-R&D | $0.00 | $4,025.00 | ($134.16) | $3,890.84 |
| ACell RobotTrack - 2.0m | 300 Discovery | $0.00 | $32,400.00 | ($1,080.00) | $31,320.00 |
| ACell 712 System on a Custom Table | 300 Discovery | $0.00 | $97,200.00 | ($3,240.00) | $93,960.00 |
| Electrical Cabinet | 300 Discovery | $0.00 | $11,232.00 | ($374.40) | $10,857.60 |
| Ergotron with Computer | 300 Discovery | $0.00 | $2,592.00 | ($86.40) | $2,505.60 |
| MultiTier Device Table with Guarding | 300 Discovery | $0.00 | $22,680.00 | ($756.00) | $21,924.00 |
| Plate Hotel - Position 4 | 300 Discovery | $0.00 | $4,428.00 | ($147.60) | $4,280.40 |
| Ergotron | 300 Discovery | $0.00 | $2,376.00 | ($79.20) | $2,296.80 |
| Turntable | 300 Discovery | $0.00 | $2,700.00 | ($90.00) | $2,610.00 |
| Device Slide | 300 Discovery | $0.00 | $5,400.00 | ($180.00) | $5,220.00 |
| LidValet | 300 Discovery | $0.00 | $12,096.00 | ($403.20) | $11,692.80 |
| Plate Hotel - Position 8 | 300 Discovery | $0.00 | $2,646.00 | ($88.20) | $2,557.80 |
| AmbiStore M Universal Base US and EU | 300 Discovery | $0.00 | $50,478.12 | ($1,682.60) | $48,795.52 |
| TundraStore D, 120V, fixed integration plate | 300 Discovery | $0.00 | $91,275.66 | ($3,042.52) | $88,233.14 |
| AmbiStore M Safety Doors | 300 Discovery | $0.00 | $2,160.00 | ($72.00) | $2,088.00 |
| 24 Position Random Access Hotel Ambi/Steri/Tundra | 300 Discovery | $0.00 | $20,412.00 | ($680.40) | $19,731.60 |
| LidDiscard | 300 Discovery | $0.00 | $2,430.00 | ($81.00) | $2,349.00 |
| Factory Acceptance Test - ACell â€" Complex - Multiple Arm or Rail | 300 Discovery | $0.00 | $4,320.00 | ($144.00) | $4,176.00 |
| Installation | 300 Discovery | $0.00 | $39,840.00 | ($1,328.00) | $38,512.00 |
| Shipping | 300 Discovery | $0.00 | $4,260.00 | ($142.00) | $4,118.00 |
| Site Acceptance Test - ACell â€" Complex - Multiple Arm or Rail | 300 Discovery | $0.00 | $5,760.00 | ($192.00) | $5,568.00 |
| Light Curtain | 300 Discovery | $0.00 | $2,149.20 | ($71.64) | $2,077.56 |
| Cellario | 300 Discovery | $0.00 | $17,280.00 | ($576.00) | $16,704.00 |
| Cellario - Device Driver Complex | 300 Discovery | $0.00 | $10,800.00 | ($360.00) | $10,440.00 |
| Cellario - Device Driver Standard | 300 Discovery | $0.00 | $35,640.00 | ($1,188.00) | $34,452.00 |
| Cellario - Device Driver Standard - 50% discount for multiple license | 300 Discovery | $0.00 | $16,200.00 | ($540.00) | $15,660.00 |
| Cellario - Device Driver Complex - 50% discount for multiple license | 300 Discovery | $0.00 | $3,000.00 | ($100.00) | $2,900.00 |
| Balance XSR16001L - Quote 322041135 | 240 Ext. MFG | $0.00 | $7,053.50 | $0.00 | $7,053.50 |
| **Total LAB EQUIPMENT** | | **$4,602,938.45** | **$1,121,672.90** | **($3,040,026.39)** | **$2,684,584.96** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 9, QUESTION 55

## ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

**Genocea Biosciences, Inc.**
**Case No. 22-10938**
**SOAL AB55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description | Department | Opening Balance - Cost | (Depreciation) | Net Book Value of debtor's interest |
|---|---|---|---|---|
| **LEASEHOLD IMPROVEMENTS** | | | | |
| 100 Acorn Park Drive Improvements - 2012 | | $3,785.06 | ($3,785.06) | $0.00 |
| 100 Acorn Park Drive - 5th Floor Re-Fit - 2016 | | $17,750.00 | ($17,750.00) | $0.00 |
| 5th Floor Construction Build-out Architect | 140 Facilities | $1,500.00 | ($540.00) | $960.00 |
| 5th Floor Construction Build-out Architect | 140 Facilities | $23,655.56 | ($8,515.98) | $15,139.58 |
| 5th Floor Construction Build-out Consultation; April | 140 Facilities | $7,333.00 | ($2,639.88) | $4,693.12 |
| 5th Floor Construction Build-out Architect | 140 Facilities | $8,673.41 | ($3,122.46) | $5,550.95 |
| 6th Floor Construction Design | 140 Facilities | $2,800.00 | ($1,008.00) | $1,792.00 |
| 5th Floor Construction Build-out Engineer | 140 Facilities | $10,000.00 | ($3,600.00) | $6,400.00 |
| 5th Floor Construction Build-out Engineer (2) | 140 Facilities | $1,130.00 | ($338.94) | $791.06 |
| 5th Floor Construction Build-out Engineer (2) | 140 Facilities | $8,870.00 | ($3,193.20) | $5,676.80 |
| 5th & 6th Floor IT tie-in | 140 Facilities | $4,990.00 | ($1,796.40) | $3,193.60 |
| 5th Floor Construction Build-out Consultation | 140 Facilities | $7,333.00 | ($2,639.88) | $4,693.12 |
| 5th Floor Construction Build-out Consultation | 140 Facilities | $7,333.00 | ($2,639.88) | $4,693.12 |
| 5th Floor Construction Build-out Architect | 140 Facilities | $2,935.00 | ($1,056.60) | $1,878.40 |
| 6th floor BMS upgrade - Jul.2020 progress billing | 140 Facilities | $21,504.00 | ($8,520.54) | $12,983.46 |
| 6th Floor Construction Build-Out Consultation (July) | 140 Facilities | $7,333.00 | ($2,639.88) | $4,693.12 |
| 5th Floor Construction Build-out Consultation (August) | 140 Facilities | $7,333.00 | ($2,639.88) | $4,693.12 |
| 5th Floor Construction Build-out Architect | 140 Facilities | $1,966.25 | ($707.94) | $1,258.31 |
| 5th Floor Construction Build-out Architect | 140 Facilities | $4,605.00 | ($1,657.80) | $2,947.20 |
| 5th Floor Construction Build-out Architect | 140 Facilities | $4,500.00 | ($1,620.00) | $2,880.00 |
| 5th Floor Construction Build-out Consultation (Step 1) | 140 Facilities | $81,645.23 | ($29,392.20) | $52,253.03 |
| 5th Floor Construction Build-out Consultation (September) | 140 Facilities | $7,333.00 | ($2,639.88) | $4,693.12 |
| 5th Floor Construction Build-out Construction (Step 1) | 140 Facilities | $152,488.44 | ($54,895.86) | $97,592.58 |
| ARF HEPA Diffusers-09/30/20 | 140 Facilities | $8,894.00 | ($3,524.01) | $5,369.99 |
| 6th Floor BMS upgrade-final billing on project | 140 Facilities | $14,336.00 | ($5,680.29) | $8,655.71 |
| 5th Floor Construction Build-out Architect | 140 Facilities | $2,000.63 | ($720.18) | $1,280.45 |
| ENE Systems PO 11046, 6th Floor Security System | 140 Facilities | $12,906.00 | ($5,631.60) | $7,274.40 |
| COVID Air quality improvements | 140 Facilities | $21,100.00 | ($7,596.00) | $13,504.00 |
| 5th Floor Construction Build-out Consultation (Oct-Dec) | 140 Facilities | $7,333.00 | ($2,639.88) | $4,693.12 |
| 5th Floor Construction Build-out Architect | 140 Facilities | $164.15 | ($59.04) | $105.11 |
| 5th Floor Construction Build-out Architect (4) - services through Oct. 31, 2020 | 140 Facilities | $3,500.00 | ($1,260.00) | $2,240.00 |
| 5th Floor Construction Build-out Architect (3) | 140 Facilities | $1,750.00 | ($630.00) | $1,120.00 |
| 5th Floor Construction Build-out Construction (Step 1) | 140 Facilities | $266,057.94 | ($95,780.88) | $170,277.06 |
| 5th Floor Construction Build-out Consultation (Oct-Dec) | 140 Facilities | $7,333.00 | ($2,639.88) | $4,693.12 |
| 5th Floor Construction Build-out Consultation (Oct-Dec) | 140 Facilities | $7,333.00 | ($2,639.88) | $4,693.12 |
| 5th Floor Construction Build-out Architect (3) - Nov. 2020 | 140 Facilities | $3,535.94 | ($1,272.96) | $2,262.98 |
| 5th Floor Construction Build-out Construction (Step 1A) | 140 Facilities | $30,823.11 | ($11,096.28) | $19,726.83 |
| 5th Floor Construction Build-out Construction (Step 1) | 140 Facilities | $317,281.39 | ($114,221.34) | $203,060.05 |
| 5th Floor Construction Build-out Architect (4) services through 12/31/20 | 140 Facilities | $2,747.96 | ($989.28) | $1,758.68 |
| ARF Humidity (RH) Upgrades - work completed do date | 400 Facil.-R&D | $18,330.00 | ($5,499.00) | $12,831.00 |
| 5th Floor Construction Build-out Construction (Step 1A)- period to: 12/31/20 | 140 Facilities | $136,059.74 | ($40,817.88) | $95,241.86 |
| OTS Invoice NKB29300001 (paid directly by Landlord) | 130 Admin | $7,992.00 | ($2,397.60) | $5,594.40 |
| 5th Floor Construction Build-out Construction (Step 1A) | 140 Facilities | $574.15 | ($172.26) | $401.89 |
| 5th Floor Construction Build-out Construction (True-Up w/ Change Orders) | 140 Facilities | $145,853.33 | ($43,756.02) | $102,097.31 |
| **Total LEASEHOLD IMPROVEMENTS** | | **$1,412,701.29** | **($506,364.52)** | **$906,336.77** |
| **CONSTRUCTION IN PROGRESS** | | | | |
| 5th Lab Renovation 2021 Project Management (1) | 140 Facilities | $3,666.50 | $0.00 | $3,666.50 |
| 5th Lab Renovation 2021 A/E CD (1) | 140 Facilities | $11,046.15 | $0.00 | $11,046.15 |
| 5th Lab Renovation 2021 Project Management (1) | 140 Facilities | $3,666.50 | $0.00 | $3,666.50 |
| ARF Humidity (RH) Upgrades | 400 Facil.-R&D | $36,900.00 | $0.00 | $36,900.00 |
| ARF Humidity (RH) Upgrades (Change Order) | 400 Facil.-R&D | $21,730.00 | $0.00 | $21,730.00 |
| 5th Floor Construction Build-out Consultation (August) | 140 Facilities | $7,333.00 | $0.00 | $7,333.00 |
| 5th Floor Lab Renovation Construction (Project Manager) SEP-DEC | 140 Facilities | $7,333.00 | $0.00 | $7,333.00 |
| 5th Lab Renovation 2021 A/E CD (1) | 140 Facilities | $51,548.70 | $0.00 | $51,548.70 |
| 5th Lab Renovation 2021 A/E CD (1) | 140 Facilities | $8,630.15 | $0.00 | $8,630.15 |
| 5th Floor Lab Renovation Construction (Project Manager) SEP-DEC | 140 Facilities | $7,333.00 | $0.00 | $7,333.00 |
| 5th Floor Lab Renovation Construction Construction Manager | 140 Facilities | $32,113.90 | $0.00 | $32,113.90 |
| 5th Floor Lab Renovation Construction (Project Manager) SEP-DEC | 140 Facilities | $7,333.00 | $0.00 | $7,333.00 |
| 5th Floor Lab Renovation Construction Construction Manager | 140 Facilities | $89,610.20 | $0.00 | $89,610.20 |
| Lab Lighting Upgrade (HighRes Area) | 140 Facilities | $4,750.00 | $0.00 | $4,750.00 |
| 5th Floor Lab Renovation Construction (Project Manager) SEP-DEC | 140 Facilities | $7,333.00 | $0.00 | $7,333.00 |
| 5th Lab Renovation 2021 A/E True-up (1) | 140 Facilities | $35,236.50 | $0.00 | $35,236.50 |
| Lab Lighting Upgrade (HighRes Area) | 140 Facilities | $21,750.00 | $0.00 | $21,750.00 |
| 5th Floor Lab Renovation Construction Construction Manager | 140 Facilities | $19,359.00 | $0.00 | $19,359.00 |
| 2022 Lab Renovation Phase A; Change Order 1 | 400 Facil.-R&D | $19,468.00 | $0.00 | $19,468.00 |
| 5th and 6th Floor Renovation PM (JAN) | 140 Facilities | $7,333.00 | $0.00 | $7,333.00 |
| 5th Floor Lab Renovation Construction Construction Manager | 140 Facilities | $114,821.61 | $0.00 | $114,821.61 |

| Description | Department | Opening Balance - Cost | (Depreciation) | Net Book Value of debtor's interest |
|---|---|---|---|---|
| 2022 Lab Renovation Phase A; Change Order 1 | 400 Facil.-R&D | $45,605.00 | $0.00 | $45,605.00 |
| 5th Lab Renovation 2021 A/E True-up (1) | 400 Facil.-R&D | $2,963.50 | $0.00 | $2,963.50 |
| Freezer Farm Light Fixture Replacement | 400 Facil.-R&D | $5,760.00 | $0.00 | $5,760.00 |
| 5th Floor Lab Renovation Construction Construction Manager | 400 Facil.-R&D | $106,220.36 | $0.00 | $106,220.36 |
| 5th and 6th Floor Renovation PM (FEB) | 400 Facil.-R&D | $7,333.00 | $0.00 | $7,333.00 |
| Freezer Farm Light Fixture Replacement | 400 Facil.-R&D | $2,890.00 | $0.00 | $2,890.00 |
| 2022 Lab Renovation Phase A; Change Order 1 | 400 Facil.-R&D | $19,195.00 | $0.00 | $19,195.00 |
| 5th and 6th Floor Renovation PM (MAR) | 140 Facilities | $7,333.00 | $0.00 | $7,333.00 |
| 5th Floor Lab Renovation Construction Construction Manager | 400 Facil.-R&D | $13,166.50 | $0.00 | $13,166.50 |
| Freezer Farm Ceiling Replacement | 400 Facil.-R&D | $7,120.00 | $0.00 | $7,120.00 |
| 5th Lab Renovation 2021 A/E True-up (1) | 400 Facil.-R&D | $7,282.00 | $0.00 | $7,282.00 |
| Lab 585 Lights and Ceiling Replacement | 400 Facil.-R&D | $15,705.00 | $0.00 | $15,705.00 |
| 5th Lab Renovation 2021 A/E True-up (1) | 400 Facil.-R&D | $5,732.00 | $0.00 | $5,732.00 |
| 5th Lab Renovation 2021 A/E True-up (1) | 400 Facil.-R&D | $4,335.00 | $0.00 | $4,335.00 |
| 6th Floor Test Fits | 140 Facilities | $1,219.00 | $0.00 | $1,219.00 |
| 6th Floor Test Fits-Apr.2022 | 140 Facilities | $6,750.00 | $0.00 | $6,750.00 |
| 5th Floor Lab Renovation Construction Construction Manager | 400 Facil.-R&D | $93,987.75 | $0.00 | $93,987.75 |
| 5th and 6th Floor Renovation PM (APR) | 140 Facilities | $7,333.00 | $0.00 | $7,333.00 |
| **Total CONSTRUCTION IN PROGRESS** | | **$878,225.32** | **$0.00** | **$878,225.32** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 10, QUESTION 60

## PATENTS, COPYRIGHTS, TRADEMARKS, OR TRADE SECRETS

**Genocea Biosciences, Inc.**
**Case No. 22-10938**
**SOAL AB60. Patents, copyrights, trademarks, or trade secrets**

| Description | Department | Opening Balance - Cost | (Depreciation) | Net Book Value of debtor's interest |
|---|---|---|---|---|
| **INTERNALLY DEVELOPED SOFTWARE (incl. In Progress)** | | | | |
| PLEIADES Automation Software Suite (PASS) Phase 1 | | $620,075.38 | ($620,075.38) | $0.00 |
| Pleiades Automation - Phase 2 | | $906,632.16 | ($906,632.16) | $0.00 |
| Pleiades Automation - Phase 2.1 | | $56,459.72 | ($56,459.72) | $0.00 |
| Pleiades Automation - Phase 3 | | $362,521.72 | ($344,391.72) | $18,130.00 |
| Software Development | 300 Discovery | $0.00 | ($18,449.76) | $0.00 |
| Software Engineering | 300 Discovery | $0.00 | ($4,179.81) | $0.00 |
| FAM000792 Veear Projects SW Engineer 9.29.17 | 300 Discovery | $4,400.00 | ($3,959.82) | $440.18 |
| FAM000791 R Systems SW Development SEPT 2017 | 300 Discovery | $19,420.80 | ($17,478.72) | $1,942.08 |
| Pleiades Q1 2019 Phase V3.9 | | $82,248.00 | ($53,461.20) | $28,786.80 |
| Pleiades Q4 2019 Phase v 5.0 | | $178,729.00 | ($95,322.24) | $83,406.76 |
| Pleiades Q4 2019 Phase v 5.1 | | $110,940.00 | ($57,319.00) | $53,621.00 |
| ATLAS - Phase 4.0 | | $205,496.00 | ($123,297.48) | $82,198.52 |
| ATLAS - v 6.0 | | $196,602.20 | ($88,470.90) | $108,131.30 |
| ATLAS - v 7.0 | | $217,991.80 | ($87,197.28) | $130,794.52 |
| Data Engineer from expense to CIP SW JUl.2020 | 405 IT-R&D | $9,933.00 | ($3,311.00) | $6,622.00 |
| SW Engineer from expense to CIP SW JUl.2020 | 405 IT-R&D | $14,939.00 | ($4,979.60) | $9,959.40 |
| SW Engineer from expense to CIP SW AUG.2020 | 405 IT-R&D | $16,416.00 | ($5,472.00) | $10,944.00 |
| Data Engineer from expense to CIP SW AUG.2020 | 405 IT-R&D | $9,823.00 | ($3,274.40) | $6,548.60 |
| KBhade - Jul | 405 IT-R&D | $20,240.00 | ($6,746.60) | $13,493.40 |
| KBhade - Aug | 405 IT-R&D | $19,320.00 | ($6,440.00) | $12,880.00 |
| Supriya Garg - Aug | 405 IT-R&D | $4,000.00 | ($1,333.40) | $2,666.60 |
| Amal Kumar - Aug | 405 IT-R&D | $4,928.00 | ($1,642.60) | $3,285.40 |
| Amit Kumar - Aug | 405 IT-R&D | $4,435.20 | ($1,478.40) | $2,956.80 |
| Dinesh Rawat - Aug | 405 IT-R&D | $4,435.20 | ($1,478.40) | $2,956.80 |
| VSingh - Aug | 405 IT-R&D | $2,217.60 | ($739.20) | $1,478.40 |
| KYadav - Aug | 405 IT-R&D | $2,464.00 | ($821.40) | $1,642.60 |
| Sukesh / Bhanu - Aug | 405 IT-R&D | $4,928.00 | ($1,642.60) | $3,285.40 |
| 2020 PASS Development Support for Offshore Developers - $26,867/month * 12 months = $322,404 - July.2020 | 405 IT-R&D | $32,689.60 | ($10,896.60) | $21,793.00 |
| Data Engineer from expense to CIP SW SEP.2020 | 405 IT-R&D | $7,968.00 | ($2,656.00) | $5,312.00 |
| SW Engineer from expense to CIP SW SEP.2020 | 405 IT-R&D | $14,939.00 | ($4,979.60) | $9,959.40 |
| KBhade - Sep | 405 IT-R&D | $19,320.00 | ($6,440.00) | $12,880.00 |
| Supriya Garg - Sep | 405 IT-R&D | $4,000.00 | ($1,333.40) | $2,666.60 |
| Amal Kumar - Sep | 405 IT-R&D | $4,928.00 | ($1,642.60) | $3,285.40 |
| Amit Kumar - Sep | 405 IT-R&D | $4,928.00 | ($1,642.60) | $3,285.40 |
| Dinesh Rawat - Sep | 405 IT-R&D | $4,928.00 | ($1,642.60) | $3,285.40 |
| KYadav - Sep | 405 IT-R&D | $2,464.00 | ($821.40) | $1,642.60 |
| VSingh - Sep | 405 IT-R&D | $2,464.00 | ($821.40) | $1,642.60 |
| Sukesh / Bhanu - Sep | 405 IT-R&D | $4,928.00 | ($1,642.60) | $3,285.40 |
| KBhade - Oct | 405 IT-R&D | $19,320.00 | ($5,796.00) | $13,524.00 |
| Supriya Garg - Oct | 405 IT-R&D | $4,000.00 | ($1,200.06) | $2,799.94 |
| Amal Kumar - Oct | 405 IT-R&D | $4,681.60 | ($1,404.54) | $3,277.06 |
| Amit Kumar - Oct | 405 IT-R&D | $4,928.00 | ($1,478.34) | $3,449.66 |
| Dinesh Rawat - Oct | 405 IT-R&D | $4,681.60 | ($1,404.54) | $3,277.06 |
| VSingh - Oct | 405 IT-R&D | $4,928.00 | ($1,478.34) | $3,449.66 |
| KYadav - Oct | 405 IT-R&D | $5,174.40 | ($1,552.32) | $3,622.08 |
| Sukesh / Bhanu - Oct | 405 IT-R&D | $4,928.00 | ($1,478.34) | $3,449.66 |
| SW Engineer from expense to CIP SW OCT.2020 | 405 IT-R&D | $14,939.00 | ($4,481.64) | $10,457.36 |
| Data Engineer from expense to CIP SW 10.2020 | 405 IT-R&D | $10,370.00 | ($3,110.94) | $7,259.06 |
| SW Engineer from expense to CIP SW NOV.2020 | 405 IT-R&D | $6,239.00 | ($1,871.64) | $4,367.36 |
| Data Engineer from expense to CIP SW 11.2020 | 405 IT-R&D | $2,621.00 | ($786.24) | $1,834.76 |
| Supriya Garg - Nov | 405 IT-R&D | $3,800.00 | ($1,139.94) | $2,660.06 |
| KBhade - Nov | 405 IT-R&D | $17,480.00 | ($5,243.94) | $12,236.06 |
| Amal Kumar - Nov | 405 IT-R&D | $5,174.40 | ($1,552.32) | $3,622.08 |
| Amit Kumar - Nov | 405 IT-R&D | $5,174.40 | ($1,552.32) | $3,622.08 |
| Dinesh Rawat - Nov | 405 IT-R&D | $4,928.00 | ($1,478.34) | $3,449.66 |
| Sukesh / Bhanu - Nov | 405 IT-R&D | $5,174.40 | ($1,552.32) | $3,622.08 |
| Data Engineer from expense to CIP SW 12.2020 | 405 IT-R&D | $1,417.00 | ($425.16) | $991.84 |
| SW Engineer from expense to CIP SW DEC.2020 | 405 IT-R&D | $9,356.00 | ($2,806.74) | $6,549.26 |
| Supriya Garg - Dec | 405 IT-R&D | $3,000.00 | ($900.00) | $2,100.00 |
| KBhade - Dec | 405 IT-R&D | $15,640.00 | ($4,692.06) | $10,947.94 |
| Amal Kumar - Dec | 405 IT-R&D | $4,435.20 | ($1,330.56) | $3,104.64 |
| Amit Kumar - Dec | 405 IT-R&D | $4,435.20 | ($1,330.56) | $3,104.64 |
| Dinesh Rawat - Dec | 405 IT-R&D | $4,928.00 | ($1,478.34) | $3,449.66 |
| VSingh - Dec | 405 IT-R&D | $2,464.00 | ($739.26) | $1,724.74 |
| KYadav - Dec | 405 IT-R&D | $2,464.00 | ($739.26) | $1,724.74 |
| Sukesh / Bhanu - Dec | 405 IT-R&D | $4,681.60 | ($1,404.54) | $3,277.06 |
| SW Engineer from expense to CIP SW JAN.2021 | 405 IT-R&D | $14,699.00 | ($3,429.72) | $11,269.28 |
| Data Engineer from expense to CIP SW 01.2021 | 405 IT-R&D | $2,732.00 | ($637.42) | $2,094.58 |
| KBhade - JAN | 405 IT-R&D | $17,480.00 | ($4,078.62) | $13,401.38 |
| Supriya Garg - JAN | 405 IT-R&D | $3,200.00 | ($746.62) | $2,453.38 |

| Description | Department | Opening Balance - Cost | (Depreciation) | Net Book Value of debtor's interest |
|---|---|---|---|---|
| Amit Kumar - JAN | 405 IT-R&D | $3,449.60 | ($804.86) | $2,644.74 |
| Amal Kumar - JAN | 405 IT-R&D | $3,696.00 | ($862.40) | $2,833.60 |
| Dinesh Rawat - JAN | 405 IT-R&D | $3,696.00 | ($862.40) | $2,833.60 |
| VSingh - JAN | 405 IT-R&D | $2,340.80 | ($546.14) | $1,794.66 |
| Sukesh / Bhanu - JAN | 405 IT-R&D | $4,681.60 | ($1,092.42) | $3,589.18 |
| KYadav - JAN | 405 IT-R&D | $2,340.80 | ($546.14) | $1,794.66 |
| SW Engineer from expense to CIP SW FEB.2021 | 405 IT-R&D | $16,236.00 | ($3,788.40) | $12,447.60 |
| Data Engineer from expense to CIP SW 02.2021 | 405 IT-R&D | $1,709.00 | ($398.72) | $1,310.28 |
| KBhade - FEB | 405 IT-R&D | $17,480.00 | ($4,078.62) | $13,401.38 |
| Supriya Garg - FEB | 405 IT-R&D | $4,480.00 | ($1,045.38) | $3,434.62 |
| Amal Kumar - FEB | 405 IT-R&D | $4,928.00 | ($1,149.82) | $3,778.18 |
| Dinesh Rawat - FEB | 405 IT-R&D | $4,928.00 | ($1,149.82) | $3,778.18 |
| Amit Kumar - FEB | 405 IT-R&D | $4,681.60 | ($1,092.42) | $3,589.18 |
| VSingh - FEB | 405 IT-R&D | $2,464.00 | ($574.98) | $1,889.02 |
| KYadav - FEB | 405 IT-R&D | $2,464.00 | ($574.98) | $1,889.02 |
| Sukesh / Bhanu - FEB | 405 IT-R&D | $4,928.00 | ($1,149.82) | $3,778.18 |
| SW Engineer from expense to CIP SW MAR.2021 | 405 IT-R&D | $15,359.00 | ($3,583.72) | $11,775.28 |
| Data Engineer from expense to CIP SW MAR.2021 | 405 IT-R&D | $1,556.00 | ($363.02) | $1,192.98 |
| KBhade - MAR | 405 IT-R&D | $21,160.00 | ($4,937.38) | $16,222.62 |
| Upsana Sahu - MAR | 405 IT-R&D | $4,000.00 | ($933.38) | $3,066.62 |
| Amit Kumar - MAR | 405 IT-R&D | $3,696.00 | ($862.40) | $2,833.60 |
| Amal Kumar - MAR | 405 IT-R&D | $4,312.00 | ($1,006.18) | $3,305.82 |
| Dinesh Rawat - MAR | 405 IT-R&D | $3,942.40 | ($919.94) | $3,022.46 |
| VSingh - MAR | 405 IT-R&D | $2,710.40 | ($632.38) | $2,078.02 |
| Amit Saini - MAR | 405 IT-R&D | $2,710.40 | ($632.38) | $2,078.02 |
| Sukesh / Bhanu - MAR | 405 IT-R&D | $5,420.80 | ($1,264.90) | $4,155.90 |
| SW Engineer from expense to CIP SW APR.2021 | 405 IT-R&D | $16,771.00 | ($3,633.76) | $13,137.24 |
| KBhade - APR | 405 IT-R&D | $19,320.00 | ($4,186.00) | $15,134.00 |
| Upsana Sahu - APR | 405 IT-R&D | $4,928.00 | ($1,067.69) | $3,860.31 |
| Data Engineer from expense to CIP SW APR.2021 | 405 IT-R&D | $7,653.00 | ($1,658.15) | $5,994.85 |
| Amal Kumar - APR | 405 IT-R&D | $5,420.80 | ($1,174.55) | $4,246.25 |
| Amit Kumar - APR | 405 IT-R&D | $5,420.80 | ($1,174.55) | $4,246.25 |
| Dinesh Rawat - APR | 405 IT-R&D | $1,232.00 | ($266.89) | $965.11 |
| VSingh - APR | 405 IT-R&D | $2,710.40 | ($587.21) | $2,123.19 |
| Amit Saini - APR | 405 IT-R&D | $2,710.40 | ($587.21) | $2,123.19 |
| Sukesh / Bhanu - APR | 405 IT-R&D | $3,203.20 | ($694.07) | $2,509.13 |
| Data Engineer from expense to CIP SW MAY.2021 | 405 IT-R&D | $10,764.00 | ($2,152.80) | $8,611.20 |
| SW Engineer from expense to CIP SW MAY.2021 | 405 IT-R&D | $16,771.00 | ($3,354.24) | $13,416.76 |
| KBhade - MAY | 405 IT-R&D | $18,400.00 | ($3,680.04) | $14,719.96 |
| Upsana Sahu - MAY | 405 IT-R&D | $4,200.00 | ($840.00) | $3,360.00 |
| Amal Kumar - MAY | 405 IT-R&D | $5,174.40 | ($1,034.88) | $4,139.52 |
| Amit Kumar - MAY | 405 IT-R&D | $4,928.00 | ($985.56) | $3,942.44 |
| VSingh - MAY | 405 IT-R&D | $1,971.20 | ($394.20) | $1,577.00 |
| Dinesh Rawat - MAY | 405 IT-R&D | $4,188.80 | ($837.72) | $3,351.08 |
| Amit Saini - MAY | 405 IT-R&D | $1,971.20 | ($394.20) | $1,577.00 |
| Sukesh / Bhanu - MAY | 405 IT-R&D | $3,696.00 | ($739.20) | $2,956.80 |
| Data Engineer from expense to CIP SW JUN.2021 | 405 IT-R&D | $9,808.00 | ($1,798.17) | $8,009.83 |
| SW Engineer from expense to CIP SW JUN.2021 | 405 IT-R&D | $17,125.00 | ($3,139.62) | $13,985.38 |
| Upsana Sahu - JUN | 405 IT-R&D | $5,208.00 | ($954.80) | $4,253.20 |
| KBhade - JUN | 405 IT-R&D | $19,320.00 | ($3,542.00) | $15,778.00 |
| Amit Kumar - JUN | 405 IT-R&D | $2,710.40 | ($496.87) | $2,213.53 |
| Amal Kumar - JUN | 405 IT-R&D | $5,420.80 | ($993.85) | $4,426.95 |
| Dinesh Rawat - JUN | 405 IT-R&D | $4,681.60 | ($858.33) | $3,823.27 |
| VSingh - JUN | 405 IT-R&D | $3,326.40 | ($609.84) | $2,716.56 |
| Amit Dubey - JUN | 405 IT-R&D | $6,036.80 | ($1,106.71) | $4,930.09 |
| Sukesh / Bhanu - JUN | 405 IT-R&D | $5,420.80 | ($993.85) | $4,426.95 |
| SW Engineer from expense to CIP SW JUL.2021 | 405 IT-R&D | $15,224.00 | ($2,791.03) | $12,432.97 |
| KBhade - JUL | 405 IT-R&D | $19,320.00 | ($3,542.00) | $15,778.00 |
| Upsana Sahu - JUL | 405 IT-R&D | $4,928.00 | ($903.43) | $4,024.57 |
| Amit Kumar - JUL | 405 IT-R&D | $4,928.00 | ($903.43) | $4,024.57 |
| Amal Kumar - JUL | 405 IT-R&D | $4,681.60 | ($858.33) | $3,823.27 |
| VSingh - JUL | 405 IT-R&D | $2,217.60 | ($406.56) | $1,811.04 |
| Dinesh Rawat - JUL | 405 IT-R&D | $4,188.80 | ($767.91) | $3,420.89 |
| Amit Saini- JUL | 405 IT-R&D | $2,710.40 | ($496.87) | $2,213.53 |
| Sukesh / Bhanu - JUL | 405 IT-R&D | $4,188.80 | ($767.91) | $3,420.89 |
| Data Engineer from expense to CIP SW JUL.2021 | 405 IT-R&D | $10,314.00 | ($1,890.90) | $8,423.10 |
| Data Engineer from expense to CIP SW AUG.2021 | 405 IT-R&D | $11,394.00 | ($1,329.30) | $10,064.70 |
| KBhade - AUG | 405 IT-R&D | $20,240.00 | ($2,361.31) | $17,878.69 |
| Upsana Sahu - AUG | 405 IT-R&D | $4,704.00 | ($548.80) | $4,155.20 |
| Amal Kumar - AUG | 405 IT-R&D | $5,420.80 | ($632.45) | $4,788.35 |
| Amit Kumar - AUG | 405 IT-R&D | $5,174.40 | ($603.68) | $4,570.72 |
| VSingh - AUG | 405 IT-R&D | $2,710.40 | ($316.19) | $2,394.21 |
| Dinesh Rawat - JAUG | 405 IT-R&D | $4,804.80 | ($560.56) | $4,244.24 |
| Sukesh / Bhanu - AUG | 405 IT-R&D | $5,420.80 | ($632.45) | $4,788.35 |
| Amit Saini- AUG | 405 IT-R&D | $2,710.40 | ($316.19) | $2,394.21 |
| Data Engineer from expense to CIP SW SEP.2021 | 405 IT-R&D | $7,317.00 | ($853.65) | $6,463.35 |

| Description | Department | Opening Balance - Cost | (Depreciation) | Net Book Value of debtor's interest |
|---|---|---|---|---|
| SW Engineer from expense to CIP SW SEP.2021 | 405 IT-R&D | $3,186.00 | ($371.70) | $2,814.30 |
| KBhade - SEP | 405 IT-R&D | $19,320.00 | ($2,254.00) | $17,066.00 |
| Amal Kumar - SEP | 405 IT-R&D | $5,420.80 | ($632.45) | $4,788.35 |
| Upsana Sahu - SEP | 405 IT-R&D | $4,424.00 | ($516.11) | $3,907.89 |
| Amit Kumar - SEP | 405 IT-R&D | $3,449.60 | ($402.43) | $3,047.17 |
| Dinesh Rawat - SEP | 405 IT-R&D | $5,051.20 | ($589.33) | $4,461.87 |
| VSingh - SEP | 405 IT-R&D | $2,464.00 | ($287.49) | $2,176.51 |
| Amit Saini- SEP | 405 IT-R&D | $2,710.40 | ($316.19) | $2,394.21 |
| Sukesh / Bhanu - SEP | 405 IT-R&D | $4,435.20 | ($517.44) | $3,917.76 |
| KBhade - OCT | 405 IT-R&D | $18,400.00 | ($2,146.69) | $16,253.31 |
| SW Engineer from expense to CIP SW OCT.2021 | 405 IT-R&D | $15,930.00 | ($1,858.50) | $14,071.50 |
| Upsana Sahu - OCT | 405 IT-R&D | $3,800.00 | ($443.31) | $3,356.69 |
| Amal Kumar - OCT | 405 IT-R&D | $4,928.00 | ($574.91) | $4,353.09 |
| Amit Kumar - OCT | 405 IT-R&D | $3,449.60 | ($402.43) | $3,047.17 |
| Dinesh Rawat - OCT | 405 IT-R&D | $3,203.20 | ($373.73) | $2,829.47 |
| VSingh - OCT | 405 IT-R&D | $2,464.00 | ($287.49) | $2,176.51 |
| Amit Saini- OCT | 405 IT-R&D | $2,464.00 | ($287.49) | $2,176.51 |
| Sukesh / Bhanu - OCT | 405 IT-R&D | $4,435.20 | ($517.44) | $3,917.76 |
| SW Engineer from expense to CIP SW NOV.2021 | 405 IT-R&D | $15,224.00 | ($1,776.11) | $13,447.89 |
| KBhade - NOV | 405 IT-R&D | $17,480.00 | ($2,039.31) | $15,440.69 |
| Upsana Sahu - NOV | 405 IT-R&D | $4,704.00 | ($548.80) | $4,155.20 |
| Amal Kumar - NOV | 405 IT-R&D | $5,174.40 | ($603.68) | $4,570.72 |
| Amit Kumar - NOV | 405 IT-R&D | $4,435.20 | ($517.44) | $3,917.76 |
| Dinesh Rawat - NOV | 405 IT-R&D | $4,681.60 | ($546.21) | $4,135.39 |
| VSingh - NOV | 405 IT-R&D | $1,848.00 | ($215.60) | $1,632.40 |
| Amit Saini- NOV | 405 IT-R&D | $2,587.20 | ($301.84) | $2,285.36 |
| Sukesh / Bhanu - NOV | 405 IT-R&D | $5,174.40 | ($603.68) | $4,570.72 |
| SW Engineer from expense to CIP SW DEC.2021 | 405 IT-R&D | $10,088.00 | ($840.65) | $9,247.35 |
| Upsana Sahu - DEC | 405 IT-R&D | $4,600.00 | ($383.35) | $4,216.65 |
| Amal Kumar - DEC | 405 IT-R&D | $5,667.20 | ($472.25) | $5,194.95 |
| KBhade - DEC | 405 IT-R&D | $15,640.00 | ($1,303.35) | $14,336.65 |
| Amit Kumar - DEC | 405 IT-R&D | $5,667.20 | ($472.25) | $5,194.95 |
| Dinesh Rawat - DEC | 405 IT-R&D | $5,667.20 | ($472.25) | $5,194.95 |
| VSingh - DEC | 405 IT-R&D | $2,833.60 | ($236.15) | $2,597.45 |
| Amit Saini - DEC | 405 IT-R&D | $2,833.60 | ($236.15) | $2,597.45 |
| Sukesh / Bhanu - DEC | 405 IT-R&D | $5,667.20 | ($472.25) | $5,194.95 |
| Upsana Sanu - Adj Dec 2021 | 405 IT-R&D | $552.00 | ($46.00) | $506.00 |
| KBhade - JAN | 405 IT-R&D | $18,400.00 | $0.00 | $18,400.00 |
| SW Engineer from expense to CIP SW JAN.2022 | 405 IT-R&D | $15,698.00 | $0.00 | $15,698.00 |
| Amal Kumar - JAN | 405 IT-R&D | $4,928.00 | $0.00 | $4,928.00 |
| Amit Kumar - JAN | 405 IT-R&D | $2,464.00 | $0.00 | $2,464.00 |
| Amit Kumar Dubey - JAN | 405 IT-R&D | $4,435.20 | $0.00 | $4,435.20 |
| Bhanu Singh - JAN | 405 IT-R&D | $4,928.00 | $0.00 | $4,928.00 |
| Dinesh Singh Rawat - JAN | 405 IT-R&D | $3,203.20 | $0.00 | $3,203.20 |
| Raveesh Malhotra - JAN | 405 IT-R&D | $1,971.20 | $0.00 | $1,971.20 |
| Brijesh - JAN | 405 IT-R&D | $4,480.00 | $0.00 | $4,480.00 |
| Vikash Kumar Singh - JAN | 405 IT-R&D | $2,217.60 | $0.00 | $2,217.60 |
| KBhade - FEB | 405 IT-R&D | $17,480.00 | $0.00 | $17,480.00 |
| SW Engineer from expense to CIP SW FEB.2022 | 405 IT-R&D | $17,340.00 | $0.00 | $17,340.00 |
| Amal Kumar - FEB | 405 IT-R&D | $3,942.40 | $0.00 | $3,942.40 |
| Amit Kumar - FEB | 405 IT-R&D | $2,464.00 | $0.00 | $2,464.00 |
| Bhanu Singh - FEB | 405 IT-R&D | $4,681.60 | $0.00 | $4,681.60 |
| Vishal Sharma - FEB | 405 IT-R&D | $985.60 | $0.00 | $985.60 |
| Raveesh Malhotra - FEB | 405 IT-R&D | $4,188.80 | $0.00 | $4,188.80 |
| Vikash Kumar Singh - FEB | 405 IT-R&D | $2,464.00 | $0.00 | $2,464.00 |
| Amit Kumar Dubey - FEB | 405 IT-R&D | $4,435.20 | $0.00 | $4,435.20 |
| Brijesh Tripathi - FEB | 405 IT-R&D | $4,681.60 | $0.00 | $4,681.60 |
| Brijesh Tripathi - JAN ADJ | 405 IT-R&D | $448.00 | $0.00 | $448.00 |
| SW Engineer from expense to CIP SW MAR.2022 | 405 IT-R&D | $18,572.00 | $0.00 | $18,572.00 |
| KBhade - MAR | 405 IT-R&D | $21,160.00 | $0.00 | $21,160.00 |
| Amal Kumar - MAR | 405 IT-R&D | $4,188.80 | $0.00 | $4,188.80 |
| Amit Kumar - MAR | 405 IT-R&D | $2,710.40 | $0.00 | $2,710.40 |
| Amit Kumar Dubey - MAR | 405 IT-R&D | $3,942.40 | $0.00 | $3,942.40 |
| Bhanu Singh - MAR | 405 IT-R&D | $4,928.00 | $0.00 | $4,928.00 |
| Vishal Sharma - MAR | 405 IT-R&D | $985.60 | $0.00 | $985.60 |
| Raveesh Malhotra - MAR | 405 IT-R&D | $5,420.80 | $0.00 | $5,420.80 |
| Brijesh Tripathi - MAR | 405 IT-R&D | $3,942.40 | $0.00 | $3,942.40 |
| Vikash Kumar Singh - MAR | 405 IT-R&D | $1,478.40 | $0.00 | $1,478.40 |
| Amit Kumar - APR | 405 IT-R&D | $2,587.20 | $0.00 | $2,587.20 |
| Amal Kumar - APR | 405 IT-R&D | $3,942.40 | $0.00 | $3,942.40 |
| Bhanu Singh - APR | 405 IT-R&D | $5,174.40 | $0.00 | $5,174.40 |
| Amit Kumar Dubey - APR | 405 IT-R&D | $3,696.00 | $0.00 | $3,696.00 |
| Vishal Sharma - APR | 405 IT-R&D | $492.80 | $0.00 | $492.80 |
| Raveesh Malhotra - APR | 405 IT-R&D | $4,928.00 | $0.00 | $4,928.00 |
| Raveesh Malhotra - APR | 405 IT-R&D | $1,848.00 | $0.00 | $1,848.00 |
| Raveesh Malhotra - APR | 405 IT-R&D | $5,174.40 | $0.00 | $5,174.40 |

| Description | Department | Opening Balance - Cost | (Depreciation) | Net Book Value of debtor's interest |
|---|---|---|---|---|
| SW Engineer from expense to CIP SW APR.2022 | 405 IT-R&D | $8,358.00 | $0.00 | $8,358.00 |
| SW Engineer from expense to CIP SW MAY.2022 | 405 IT-R&D | $7,614.00 | $0.00 | $7,614.00 |
| KBhade - MAY | 405 IT-R&D | $17,480.00 | $0.00 | $17,480.00 |
| Amal Kumar - MAY | 405 IT-R&D | $5,420.80 | $0.00 | $5,420.80 |
| Amit Kumar - MAY | 405 IT-R&D | $2,710.40 | $0.00 | $2,710.40 |
| Amit Kumar Dubey - MAY | 405 IT-R&D | $5,420.80 | $0.00 | $5,420.80 |
| Bhanu Singh - MAY | 405 IT-R&D | $5,420.80 | $0.00 | $5,420.80 |
| Raveesh Malhotra - MAY | 405 IT-R&D | $5,420.80 | $0.00 | $5,420.80 |
| Brijesh Tripathi - MAY | 405 IT-R&D | $5,420.80 | $0.00 | $5,420.80 |
| Vikash Kumar Singh - MAY | 405 IT-R&D | $2,710.40 | $0.00 | $2,710.40 |
|  |  |  |  |  |
| **Total INTERNALLY DEVELOPED SOFTWARE (incl. In Progress)** |  | **$4,432,131.58** | **($2,739,013.93)** | **$1,715,747.22** |

| | |
|---|---|
| Debtor Name | **Genocea Biosciences, Inc.** |

**United States Bankruptcy Court for the Eastern District of Massachusetts**

Case number (if known):   **22-10938**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**Amount of Claim**
Do not deduct the value of collateral

**Value of collateral that supports this claim**

---

**2.1**

**Creditor's name**
SILICON VALLEY BANK

**Creditor's mailing address**
3003 TASMAN DR
SANTA CLARA, CA 95054

**Creditor's email address, if known**

**Date debt was incurred**

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
ALL, OR SUBSTANTIALLY ALL, ASSETS

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Undetermined**     **Undetermined**

---

**2.2**

**Creditor's name**
THE BALDWIN COMPANIES

**Creditor's mailing address**
10 CRANSTON RD
WINCHESTER, MA 01890

**Creditor's email address, if known**

**Date debt was incurred**

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
☒ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Assertion of Mechanic's Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Undetermined**     **Undetermined**

---

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$0.00

| Debtor Name | Genocea Biosciences, Inc. | |
|---|---|---|
| **United States Bankruptcy Court for the Eastern District of Massachusetts** | | |
| Case number (if known): | **22-10938** | ☐ Check if this is an amended filing |

Official Form 206E/F

## Schedule E/F - Creditors Who Have Claims Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.**   If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 7090
BOSTON, MA 02204-7090

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

As of the petition filing date, the claim is:    **Undetermined**    **Undetermined**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:
POTENTIAL TAX LIABILITY

Is the claim subject to offset?
☒ No
☐ Yes

**2.2** | Priority creditor's name and mailing address

US TREASURY/INTERNAL REVENUE SERVICE
DEPT OF TREASURY
OGDEN, UT 84201-0009

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

As of the petition filing date, the claim is:    **Undetermined**    **Undetermined**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:
POTENTIAL TAX LIABILITY

Is the claim subject to offset?
☒ No
☐ Yes

Debtor Name     **Genocea Biosciences, Inc.**     Case number (if known): **22-10938**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.1** **Nonpriority creditor's name and mailing address**

100 DISCOVERY PARK DE, LLC
LOCKBOX 783485
P.O. BOX 8500
PHILADELPHIA, PA 19178

**As of the petition filing date, the claim is:**     Undetermined

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**

ACCESS
P.O. BOX 782998
PHILADELPHIA, PA 19178-2998

**As of the petition filing date, the claim is:**     $247.98

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**

ACME DRY ICE
100 KIRKLAND ST
CAMBRIDGE, MA 02138

**As of the petition filing date, the claim is:**     $1,175.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**

AGILENT TECHNOLOGIES, INC
4187 COLLECTION CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**     $8,599.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Genocea Biosciences, Inc.**    Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.5** **Nonpriority creditor's name and mailing address**

AGILQUEST CORP
9407 HULL ST RD
N CHESTERFIELD, VA 23236

As of the petition filing date, the claim is:    $16,513.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**

AKRON BIOPRODUCTS, LLC
ATTN: DAVID W SMITH
6353 W ROGERS CIR, STE 2
BOCA RATON, FL 33487

As of the petition filing date, the claim is:    $744,940.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**

ALG PARTNERS, INC
24 PRIME PKWY, STE 102
NATICK, MA 01760

As of the petition filing date, the claim is:    $19,457.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

ANDERSON & KREIGER LLP
50 MILK ST, 21ST FL
BOSTON, MA 02109

As of the petition filing date, the claim is:    $3,118.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Genocea Biosciences, Inc.**                      Case number (if known): **22-10938**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.9**  **Nonpriority creditor's name and mailing address**

ANIMAL RESEARCH CONSULTING, LLC
841 WORCESTER RD
NATICK, MA 01760-2016

**As of the petition filing date, the claim is:**                                    $750.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10**  **Nonpriority creditor's name and mailing address**

AON CONSULTING/RADFORD SURVEYS
P.O. BOX 100137
PASADENA, CA 91189

**As of the petition filing date, the claim is:**                                    $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11**  **Nonpriority creditor's name and mailing address**

AXIOM GLOBAL, INC
P.O. BOX 8439
PASADENA, CA 91109

**As of the petition filing date, the claim is:**                                    $1,075.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12**  **Nonpriority creditor's name and mailing address**

AZENTA US, INC
P.O. BOX 3865
CAROL STREAM, IL 60132

**As of the petition filing date, the claim is:**                                    $54,903.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Genocea Biosciences, Inc.**   Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.13**   **Nonpriority creditor's name and mailing address**

BAX ADVISORS LLC
ATTN: MONICA SUSAN BLACKER
7984 MINGWOOD LN
DALLAS, TX 75231

As of the petition filing date, the claim is:   $12,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14**   **Nonpriority creditor's name and mailing address**

BECKMAN COULTER, INC
DEPT CH 10164
PALATINE, IL 60055

As of the petition filing date, the claim is:   $42,682.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15**   **Nonpriority creditor's name and mailing address**

BECTON DICKINSON & CO
P.O. BOX 28983
NEW YORK, NY 10087-8983

As of the petition filing date, the claim is:   $69.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16**   **Nonpriority creditor's name and mailing address**

BIOIVT, LLC
BOX 770
HICKSVILLE, NY 11802-0770

As of the petition filing date, the claim is:   $5,810.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name      **Genocea Biosciences, Inc.**      Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.17**  **Nonpriority creditor's name and mailing address**

BIOLEGEND, INC
ATTN: ACCOUNTING
8999 BIOLEGEND WAY
SAN DIEGO, CA 92121

As of the petition filing date, the claim is:                    $1,035.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18**  **Nonpriority creditor's name and mailing address**

BIOSTAT SOLUTIONS, INC
5280 CORPORATE DR, STE C200
FREDERICK, MD 21703

As of the petition filing date, the claim is:                    $34,659.25

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19**  **Nonpriority creditor's name and mailing address**

BLUE HERON BIOTECH, LLC
P.O. BOX 248455
SEATTLE, WA 98124

As of the petition filing date, the claim is:                    $183,565.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20**  **Nonpriority creditor's name and mailing address**

BOSTONBEAN COFFEE COMPANY, INC
23 DRAPER ST
WOBURN, MA 01801

As of the petition filing date, the claim is:                    $560.46

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name   **Genocea Biosciences, Inc.**   Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.21**   **Nonpriority creditor's name and mailing address**

BUONO PEST CONTROL CO INC
P.O. BOX 117
BELMONT, MA 02478

As of the petition filing date, the claim is:                          $135.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22**   **Nonpriority creditor's name and mailing address**

CENTIUM CONSULTING, INC
P.O. BOX 725
TYNGSBORO, MA 01879

As of the petition filing date, the claim is:                        $5,075.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23**   **Nonpriority creditor's name and mailing address**

CENTRE FOR CCRM MARS CENTRE
W TOWER
661 UNIVERSITY AVE, STE 1002
TORONTO, ON M5G 1M1
CANADA

As of the petition filing date, the claim is:                    $3,117,851.19

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24**   **Nonpriority creditor's name and mailing address**

CHEMOMETEC, INC
3920 VETERANS MEMORIAL HWY, STE 3
BOHEMIA, NY 11716

As of the petition filing date, the claim is:                        $5,610.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.25** **Nonpriority creditor's name and mailing address**
CHOATE, HALL & STEWART, LLP
2 INTERNATIONAL PL
BOSTON, MA 02110-4101

As of the petition filing date, the claim is:                    $13,604.41
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**
CI DESIGN, INC
250 SUMMER ST, 2ND FL
BOSTON, MA 02210

As of the petition filing date, the claim is:                    $18,036.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
CINTAS CORP
P.O. BOX 631025
CINCINNATI, OH 45263-6525

As of the petition filing date, the claim is:                    $373.99
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
CLARIVATE ANALYTICS (US) LLC
P.O. BOX 3772
CAROL STREAM, IL 60132

As of the petition filing date, the claim is:                    $18,886.57
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Genocea Biosciences, Inc.**   Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.29** **Nonpriority creditor's name and mailing address**
CLINIGEN CLINICAL SUPPLIES MANAGEMENT IN
300 TECHNOLOGY DR
MALVERN, PA 19355

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$2,565.00

**3.30** **Nonpriority creditor's name and mailing address**
COLONIAL MEDICAL SUPPLY CO
31 LOWELL RD, UNIT 6
P.O. BOX 554
WINDHAM, NH 03087

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$550.00

**3.31** **Nonpriority creditor's name and mailing address**
COMCAST BUSINESS
P.O. BOX 37601
PHILADELPHIA, PA 19101-0601

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$1,832.13

**3.32** **Nonpriority creditor's name and mailing address**
COMPUTER PACKAGES, INC
11 N WASHINGTON ST
ROCKVILLE, MD 20850

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$7,186.00

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

| | | Amount of claim |
|---|---|---|

**3.33** **Nonpriority creditor's name and mailing address**
COMPUTERSHARE, INC
DEPT CH 19228
PALATINE, IL 60055

**As of the petition filing date, the claim is:** $1,832.86

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**
CONWAY TECHNOLOGY GROUP
LOCKBOX 936724
P.O. BOX 936724
ATLANTA, GA 31193

**As of the petition filing date, the claim is:** $1,107.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**
CROSSOVER SEARCH
223 WALL ST, STE 1049
HUNTINGTON, NY 11743

**As of the petition filing date, the claim is:** $10,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**
CSSI AS AGENT FOR CORP ACTIONS
CRYOPORT SYSTEMS, INC
P.O. BOX 205955
DALLAS, TX 75320-5955

**As of the petition filing date, the claim is:** $6,438.05

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Genocea Biosciences, Inc.**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.37**

**Nonpriority creditor's name and mailing address**
DANA FARBER CANCER INSTITUTE, INC/BELFER
450 BROOKLINE AVE
BOSTON, MA 02215-5450

As of the petition filing date, the claim is:                    $560,720.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38**

**Nonpriority creditor's name and mailing address**
DATA EVOLUTION, LLC
889 ELM ST, STE 501
MANCHESTER, NH 03101

As of the petition filing date, the claim is:                    $1,828.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**
DATASITE, LLC
P.O. BOX 7400725
CHICAGO, IL 60674-7252

As of the petition filing date, the claim is:                    $8,532.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40**

**Nonpriority creditor's name and mailing address**
DGI TECHNOLOGIES
101 BILLERICA AVE, BLDG 6
N BILLERICA, MA 01862

As of the petition filing date, the claim is:                    $747.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.41**    **Nonpriority creditor's name and mailing address**

DIANTHA DUVALL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $305,893.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.42**    **Nonpriority creditor's name and mailing address**

E TRADE FINANCIAL CORPORATE SERVICES
P.O. BOX 3512
ARLINGTON, VA 22203

**As of the petition filing date, the claim is:**                    $250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43**    **Nonpriority creditor's name and mailing address**

EMCOR SERVICES NORTHEAST, INC
P.O. BOX 845286
BOSTON, MA 02284-5286

**As of the petition filing date, the claim is:**                    $6,972.38

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44**    **Nonpriority creditor's name and mailing address**

ENE SYSTEMS OF NEW HAMPSHIRE, INC
155 RIVER RD, UNIT 10
BOW, NH 03304

**As of the petition filing date, the claim is:**                    $7,400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.45**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $226.00

ENVIROGREENERY PLANTS, LLC
4 BUD WAY, STE 12
NASHUA, NH 03063

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**    Is the claim subject to offset?

☑ No
☐ Yes

---

**3.46**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $20.00

EOMS RECYCLING INC
P.O. BOX 3608
BROCKTON, MA 02304

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**    Is the claim subject to offset?

☑ No
☐ Yes

---

**3.47**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $55,000.00

ERNST & YOUNG US LLP
PNC BANK-PITT 640
P.O. BOX 640382
PITTSBURGH, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**    Is the claim subject to offset?

☑ No
☐ Yes

---

**3.48**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $35.40

FEDERAL EXPRESS
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**    Is the claim subject to offset?

☑ No
☐ Yes

Debtor Name    **Genocea Biosciences, Inc.**    Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.49**    **Nonpriority creditor's name and mailing address**

FIDELITY INVESTMENTS INSTITUTIONAL
P.O. BOX 73307
CHICAGO, IL 60673-7307

**As of the petition filing date, the claim is:**    $225.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50**    **Nonpriority creditor's name and mailing address**

FINANCIAL ACCOUNTING STANDARDS BOARD
P.O. BOX 418272
BOSTON, MA 02241-8272

**As of the petition filing date, the claim is:**    $100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51**    **Nonpriority creditor's name and mailing address**

FISHER SCIENTIFIC
P.O. BOX 3648
BOSTON, MA 02241

**As of the petition filing date, the claim is:**    $4,737.48

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.52**    **Nonpriority creditor's name and mailing address**

FOLEY HOAG, LLP
ATTN: A/R
155 SEAPORT BLVD
BOSTON, MA 02210-2600

**As of the petition filing date, the claim is:**    $4,680.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Genocea Biosciences, Inc.**    Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.53**    **Nonpriority creditor's name and mailing address**

GDI SERVICES, INC
295 WESTON ST
WALTHAM, MA 02453

**As of the petition filing date, the claim is:**    $8,014.18

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54**    **Nonpriority creditor's name and mailing address**

GHA TECHNOLOGIES, INC
DEPT2090
BOX 29661
PHOENIX, AZ 85038-9661

**As of the petition filing date, the claim is:**    $5,458.69

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.55**    **Nonpriority creditor's name and mailing address**

GIRISH AAKALU
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $323,235.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56**    **Nonpriority creditor's name and mailing address**

GREY CASTLE SECURITY, LLC
185 JORDAN RD
TROY, NY 12180

**As of the petition filing date, the claim is:**    $6,750.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Genocea Biosciences, Inc.**                                Case number (if known): **22-10938**

| **Part 2:** | List All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

**Amount of claim**

**3.57** | **Nonpriority creditor's name and mailing address**

HEALTH ADVOCATE SOLUTIONS INC
P.O. BOX 200603
DALLAS, TX 75320-0603

As of the petition filing date, the claim is:                          $150.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address**

HEMACARE CORP A CHARLES RIVER LAB
DEPT 311
P.O. BOX 509015
SAN DIEGO, CA 92150

As of the petition filing date, the claim is:                          $4,553.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address**

HIGHRES BIOSOLUTIONS, INC
102 CHERRY HILL DR
BEVERLY, MA 01915

As of the petition filing date, the claim is:                          $462,154.98

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address**

HOGAN LOVELLS US LLP
P.O. BOX 71589
PHILADELPHIA, PA 19171

As of the petition filing date, the claim is:                          $3,945.27

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Genocea Biosciences, Inc.**   Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.61**

**Nonpriority creditor's name and mailing address**
IGO'S WELDING SUPPLY CO, INC
205 GROVE ST
WATERTOWN, MA 02472

**As of the petition filing date, the claim is:**   $1,879.84
- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**3.62**

**Nonpriority creditor's name and mailing address**
INDEPENDENT STOCK PLAN ADVISORS, LLC
598 WASHINGTON ST
DUXBURY, MA 02332

**As of the petition filing date, the claim is:**   $5,844.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**3.63**

**Nonpriority creditor's name and mailing address**
INFOARMOR, INC/ALLSTATE
DEPT 3189
P.O. BOX 123189
DALLAS, TX 75312-3189

**As of the petition filing date, the claim is:**   $484.65
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**3.64**

**Nonpriority creditor's name and mailing address**
INTEGRA BIOSCIENCES CORP
22 FRIARS DR
HUDSON, NH 03051

**As of the petition filing date, the claim is:**   $1,449.00
- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

Debtor Name   **Genocea Biosciences, Inc.**

| Part 2: | List All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

**Amount of claim**

**3.65**

**Nonpriority creditor's name and mailing address**

INTEGRATED DNA TECHNOLOGIES INC
1710 COMMERCIAL PARK
CORALVILLE, IA 52241

**As of the petition filing date, the claim is:**   $130.72

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.66**

**Nonpriority creditor's name and mailing address**

INTERLAB CORP
9000 NW 13 TER, STE 1A
DORAL, FL 33172

**As of the petition filing date, the claim is:**   $2,895.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.67**

**Nonpriority creditor's name and mailing address**

INTRADO DIGITAL MEDIA, LLC
11808 MIRACLE HILL DR
OMAHA, NE 68154

**As of the petition filing date, the claim is:**   $507.06

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.68**

**Nonpriority creditor's name and mailing address**

INVIVO GEN
10515 VISTA SORRENTO PKWY
SAN DIEGO, CA 92121

**As of the petition filing date, the claim is:**   $839.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name  **Genocea Biosciences, Inc.**    Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.69**

**Nonpriority creditor's name and mailing address**

IQVIA RDS, INC
P.O. BOX 601070
CHARLOTTE, NC 28260

As of the petition filing date, the claim is:  $6,050.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70**

**Nonpriority creditor's name and mailing address**

IRON MOUNTAIN INC
1 FEDERAL ST
BOSTON, MA 02210

As of the petition filing date, the claim is:  $282.33

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71**

**Nonpriority creditor's name and mailing address**

JACQUELYN SUMER
ADDRESS REDACTED

As of the petition filing date, the claim is:  $299,250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.72**

**Nonpriority creditor's name and mailing address**

JEFF YUEN & ASSOCIATES, INC
1121 MILITARY CUTOFF RD
WILMINGTON, NC 28405

As of the petition filing date, the claim is:  $750.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name  **Genocea Biosciences, Inc.**    Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.73** | **Nonpriority creditor's name and mailing address**
JENNIFER LYNN HERRON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $9,642.86
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address**
JESSICA FLECHTNER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $323,064.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address**
JOHN LUNGER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $8,571.43
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address**
KASEYA US, LLC
P.O. BOX 419327
BOSTON, MA 02241-9327

**As of the petition filing date, the claim is:**    $474.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Genocea Biosciences, Inc.**   Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.77** **Nonpriority creditor's name and mailing address**
KATRINE S BOSLEY
ADDRESS REDACTED

As of the petition filing date, the claim is: $11,892.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.78** **Nonpriority creditor's name and mailing address**
KATZ, NANNIS & SOLOMON, PC
800 SOUTH ST, STE 250
WALTHAM, MA 02453

As of the petition filing date, the claim is: $8,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.79** **Nonpriority creditor's name and mailing address**
KENNETH BATE
ADDRESS REDACTED

As of the petition filing date, the claim is: $19,821.43
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.80** **Nonpriority creditor's name and mailing address**
LIFE TECHNOLOGIES CORP
BANK OF AMERICA LOCKBOX SVCS
12088 COLLECTION CENTER DR
CHICAGO, IL 60693

As of the petition filing date, the claim is: $5,360.18
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name **Genocea Biosciences, Inc.** Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.81**

**Nonpriority creditor's name and mailing address**
LIFESCI ADVISORS, LLC
250 W 55TH ST, 34TH FL
NEW YORK, NY 10019

As of the petition filing date, the claim is:                    $5,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.82**

**Nonpriority creditor's name and mailing address**
LS 200 CDP, LLC
1920 MAIN ST, STE 1200
IRVINE, CA 92614

As of the petition filing date, the claim is:                    $18,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.83**

**Nonpriority creditor's name and mailing address**
LUMINEX CORP
P.O. BOX 844222
DALLAS, TX 75284

As of the petition filing date, the claim is:                    $4,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.84**

**Nonpriority creditor's name and mailing address**
MARATHON, LS, LLC
720 UNIVERSITY AVE
NORWOOD, MA 02062

As of the petition filing date, the claim is:                    $44,994.31
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name   **Genocea Biosciences, Inc.**   Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.85**   **Nonpriority creditor's name and mailing address**

MASY SYSTEMS, INC
10-4 LOMAR PARK DR
P.O. BOX 485
PEPPERELL, MA 01463

As of the petition filing date, the claim is:    $33,058.42

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.86**   **Nonpriority creditor's name and mailing address**

MEDGENOME, INC
348 HATCH DR
SAN MATEO, CA 94404

As of the petition filing date, the claim is:    $22,844.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.87**   **Nonpriority creditor's name and mailing address**

METTLER-TOLEDO INTERNATIONAL INC
DBA METTLER-TOLEDO LLC
P.O. BOX 730867
DALLAS, TX 75373-0867

As of the petition filing date, the claim is:    $7,159.30

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88**   **Nonpriority creditor's name and mailing address**

METTLER-TOLEDO RAININ, LLC
P.O. BOX 1350
NEWARK, NJ 07188

As of the petition filing date, the claim is:    $4,075.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Genocea Biosciences, Inc.**    Case number (if known): **22-10938**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

---

**3.89** | **Nonpriority creditor's name and mailing address**
MICHAEL HIGGINS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $20,357.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address**
MILTENYI BIOTECH INC
DEPT 33955
P.O. BOX 39000
SAN FRANCISCO, CA 94139

**As of the petition filing date, the claim is:**    $9,746.46
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**
MTS HEALTH PARTNERS, LP
623 5TH AVE, 14TH FL
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**    $1,423.41
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address**
MYTIDE THERAPEUTICS
451 D ST, STE 707
BOSTON, MA 02210

**As of the petition filing date, the claim is:**    $22,955.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Genocea Biosciences, Inc.**    Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

| | | Amount of claim |
|---|---|---|

**3.93** **Nonpriority creditor's name and mailing address**

NASDAQ CORPOATE SOLUTIONS, LLC
LOCKBOX 11700
P.O. BOX 780700
PHILADELPHIA, PA 19178

**As of the petition filing date, the claim is:**    $38,553.89

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94** **Nonpriority creditor's name and mailing address**

NATERA, INC
209 INDUSTRIAL RD, STE 410
SAN CARLOS, CA 94070

**As of the petition filing date, the claim is:**    $81,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95** **Nonpriority creditor's name and mailing address**

NEA MANAGEMENT COMPANY, LLC
1954 GREENSPRING DR, STE 600
LUTHERVILLE TIMONIUM, MD 21093

**As of the petition filing date, the claim is:**    $6,799.45

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96** **Nonpriority creditor's name and mailing address**

NEOGENOMICS LABORATORIES, INC
P.O. BOX 865466
ORLANDO, FL 32886-5466

**As of the petition filing date, the claim is:**    $50.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    25 of 40

Debtor Name   **Genocea Biosciences, Inc.**   Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.97** | **Nonpriority creditor's name and mailing address**
NORTH STAR RENTAL SYSTEMS, INC
37 FREEMNOT ST
SOMERVILLE, MA 02145

As of the petition filing date, the claim is:   $7,769.07
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address**
NOVA BIOMEDICAL CORP
P.O. BOX 983115
BOSTON, MA 02298-3115

As of the petition filing date, the claim is:   $517.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address**
NOVUS BIOLOGICALS, LLC
P.O. BOX 802
LITTLETON, CO 80160

As of the petition filing date, the claim is:   $947.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address**
PAREXEL INTERNATIONAL (IRL) LTD
1 KILMAINHAM SQ
INCHICORE RD, KILMAINHAM
DUBLIN
IRELAND

As of the petition filing date, the claim is:   $354,738.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

Debtor Name   **Genocea Biosciences, Inc.**   Case number (if known): **22-10938**

| | | |
|---|---|---|

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

**3.101**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $265.00

PAY GOVERNANCE LLC
2 LOGAN SQ
100 N 18TH ST, STE 821
PHILADELPHIA, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $1,107.25

PCI PHARMA SERVICES
3479 MOMENTUM PL
CHICAGO, IL 60689

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $7,257.75

PERSONALIS, INC
1330 O'BRIEN DR
MENLO PARK, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $15,835.43

PHAIDON INTERNATIONAL (US) INC
622 3RD AVE
NEW YORK, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.105**  **Nonpriority creditor's name and mailing address**
PHARMALOGICS RECRUITING, LLC
300 UNICORN PARK DR, 4TH FL
WOBURN, MA 01801

As of the petition filing date, the claim is:   $11,115.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.106**  **Nonpriority creditor's name and mailing address**
PHARMEFEX, LLC
15633 SE 54TH ST
BELLEVUE, WA 98006

As of the petition filing date, the claim is:   $1,237.50
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.107**  **Nonpriority creditor's name and mailing address**
POINT5 MANAGED SERVICES LLC
P.O. BOX 222
OLD SAYBROOK, CT 06475

As of the petition filing date, the claim is:   $1,950.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.108**  **Nonpriority creditor's name and mailing address**
PPM INDUSTRIAL WATER SERVICES
P.O. BOX 390216
CAMBRIDGE, MA 02139

As of the petition filing date, the claim is:   $450.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **Genocea Biosciences, Inc.**    Case number (if known): **22-10938**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.109**

**Nonpriority creditor's name and mailing address**
PRECISION FOR MEDICINE (TX), INC
P.O. BOX 715742
PHILADELPHIA, PA 19171-5742

As of the petition filing date, the claim is:    $5,825.22
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

---

**3.110**

**Nonpriority creditor's name and mailing address**
PUBLIC ACCOUNTING OVERSIGHT BOARD
P.O. BOX
BOSTON, MA 02241-8631

As of the petition filing date, the claim is:    $600.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

---

**3.111**

**Nonpriority creditor's name and mailing address**
QIAGEN, INC
P.O. BOX 5132
CAROL STREAM, IL 60197

As of the petition filing date, the claim is:    $1,872.59
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

---

**3.112**

**Nonpriority creditor's name and mailing address**
R & D SYSTEMS, INC
ATTN: A/R
614 MCKINLEY PL
MINNEAPOLIS, MN 55413

As of the petition filing date, the claim is:    $25,369.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.113**    **Nonpriority creditor's name and mailing address**

R SYSTEMS INTERNATIONAL, LTD
5000 WINDPLAY DR, STE 5
EL DORADO HILLS, CA 95762

**As of the petition filing date, the claim is:**    $42,873.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114**    **Nonpriority creditor's name and mailing address**

RAYMOND STAPLETON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $321,000.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115**    **Nonpriority creditor's name and mailing address**

REPRINTS DESK, INC
DEPT CH 16507
PALATINE, IL 60055-6507

**As of the petition filing date, the claim is:**    $11,109.69

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116**    **Nonpriority creditor's name and mailing address**

RESOLUTION PHARMA CONSULTING, LLC
19 MICHAEL RD
MAYNARD, MA 01754

**As of the petition filing date, the claim is:**    $5,600.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Genocea Biosciences, Inc.**    Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.117**  **Nonpriority creditor's name and mailing address**      $480.00
ROBERTS & KEHAGIARAS, LLP
100 WEST BROADWAY, STE 660
LONG BEACH, CA 90802

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.118**  **Nonpriority creditor's name and mailing address**      $173,594.09
ROPES & GRAY
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:  LEGAL SERVICES RENDERED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.119**  **Nonpriority creditor's name and mailing address**      $4,200.00
ROSALIND FRANKLIN UNIVERSITY OF MEDICINE
3333 GREEN BAY RD
N CHICAGO, IL 60064

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.120**  **Nonpriority creditor's name and mailing address**      $3,608.64
ROYAL LABEL CO
50 PARK ST
BOSTON, MA 02122

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name  **Genocea Biosciences, Inc.**  Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.121**  **Nonpriority creditor's name and mailing address**

SARAH CANNON RESEARCH INSTITUTE, LLC
1100 DR MARTIN L KING JR BLVD, STE 800
NASHVILLE, TN 37203

As of the petition filing date, the claim is:    $1,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.122**  **Nonpriority creditor's name and mailing address**

SARTORIUS CORP
565 JOHNSON AVE
BOHEMIA, NY 11716

As of the petition filing date, the claim is:    $1,233.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.123**  **Nonpriority creditor's name and mailing address**

SIBER BIOTECHNOLOGIES
ATTN: GEORGE R SIBER
2000 BROADWAY
NEW YORK, NY 10023-5045

As of the petition filing date, the claim is:    $9,428.57
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.124**  **Nonpriority creditor's name and mailing address**

SIGMA-ALDRICH, INC
P.O. BOX 535182
ATLANTA, GA 30353

As of the petition filing date, the claim is:    $4,557.93
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Genocea Biosciences, Inc.**    Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.125**  **Nonpriority creditor's name and mailing address**

SPECTRUS, LLC
ATTN: ETHAN BEATTIE
100 CUMMINGS CTR, STE 414G
BEVERLY, MA 01915

**As of the petition filing date, the claim is:**    $59,800.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126**  **Nonpriority creditor's name and mailing address**

SPRUCE LAW, LLC
35 NEW ENGLAND BUSINESS CTR, STE 220
ANDOVER, MA 01810

**As of the petition filing date, the claim is:**    $404.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.127**  **Nonpriority creditor's name and mailing address**

STERICYCLE, INC
P.O. BOX 6582
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**    $1,567.62

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128**  **Nonpriority creditor's name and mailing address**

TECAN, US, INC
P.O. BOX 602740
CHARLOTTE, NC 28260

**As of the petition filing date, the claim is:**    $16,484.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name **Genocea Biosciences, Inc.** Case number (if known): **22-10938**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.129**

**Nonpriority creditor's name and mailing address**
TEKNOVA
2290 BERT DR
HOLLISTER, CA 95023-2000

As of the petition filing date, the claim is: $342.56

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.130**

**Nonpriority creditor's name and mailing address**
TELSHIRE, LLC
50 ROSALYN RD
WABAN, MA 02468

As of the petition filing date, the claim is: $7,333.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.131**

**Nonpriority creditor's name and mailing address**
THOMAS DAVIS
ADDRESS REDACTED

As of the petition filing date, the claim is: $369,311.25

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.132**

**Nonpriority creditor's name and mailing address**
TJB CONSULTING, LLC
3314 FIELDSTONE DR
DOYLESTOWN, PA 18902

As of the petition filing date, the claim is: $11,100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **Genocea Biosciences, Inc.**    Case number (if known): **22-10938**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.133** Nonpriority creditor's name and mailing address
TOBIN & SONS MOVING & STORAGE
39 TOZER RD
BEVERLY, MA 01915

As of the petition filing date, the claim is:                                      $8,806.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.134** Nonpriority creditor's name and mailing address
TRIFORCE TECH
17 LILIAN RD
FRAMINGHAM, MA 01701

As of the petition filing date, the claim is:                                      $4,640.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.135** Nonpriority creditor's name and mailing address
UNIFIRST CORP
P.O. BOX 650481
DALLAS, TX 75265-0481

As of the petition filing date, the claim is:                                      $231.20
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.136** Nonpriority creditor's name and mailing address
UNIVERSITY OF MINNESOTA
P.O. BOX 1450
MINNEAPOLIS, MN 55485-5957

As of the petition filing date, the claim is:                                      $11,653.00
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **Genocea Biosciences, Inc.**    Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.137** | **Nonpriority creditor's name and mailing address**
US TREASURY/IRS
DEPT OF TREASURY
OGDEN, UT 84201-0009

**As of the petition filing date, the claim is:**    $192.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.138** | **Nonpriority creditor's name and mailing address**
VERGE SCIENTIFIC COMMUNICATIONS, LLC
1775 TYSONS BLVD, 5TH FL
TYSONS, VA 22102

**As of the petition filing date, the claim is:**    $3,818.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.139** | **Nonpriority creditor's name and mailing address**
VITALITY HR, LLC
20 NOTRE DAME RD
BEDFORD, MA 01730

**As of the petition filing date, the claim is:**    $22,320.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.140** | **Nonpriority creditor's name and mailing address**
VIVITIDE, LLC
65 ZUB LN
GARDNER, MA 01440

**As of the petition filing date, the claim is:**    $85,366.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Genocea Biosciences, Inc.**   Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**Amount of claim**

**3.141** | **Nonpriority creditor's name and mailing address**

W B MASON CO, INC
P.O. BOX 981101
BOSTON, MA 02298

**As of the petition filing date, the claim is:**   $2,076.32

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address**

WELLABLE, LLC
47 WINTER ST, 5TH FL
BOSTON, MA 02108

**As of the petition filing date, the claim is:**   $1,680.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address**

WILLIAM CLARK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $599,583.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address**

WORKIVA INC
2900 UNIVERSITY BLVD
AMES, IA 50010

**As of the petition filing date, the claim is:**   $120,101.30

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Genocea Biosciences, Inc.**    Case number (if known): **22-10938**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.145** | **Nonpriority creditor's name and mailing address**

WORLD COURIER, INC
P.O. BOX 842325
BOSTON, MA 02284

As of the petition filing date, the claim is:    $115,151.69

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address**

XEROX FINANCIAL SERVICES, LLP
P.O. BOX 202882
DALLAS, TX 75320-2882

As of the petition filing date, the claim is:    $475.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address**

ZELLNET CONSULTING, INC
555 NORTH AVE, STE 25-S
FT LEE, NJ 07024

As of the petition filing date, the claim is:    $2,540.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name   **Genocea Biosciences, Inc.**   Case number (if known): **22-10938**

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                                                                          $0.00

**5b. Total claims from Part 2**                                                                              $9,604,502.81

**5c. Total claims of Parts 1 and 2**                                                                        $9,604,502.81
Lines 5a + 5b = 5c

| | |
|---|---|
| Debtor Name | **Genocea Biosciences, Inc.** |
| **United States Bankruptcy Court for the Eastern District of Massachusetts** | |
| Case number (if known): | **22-10938** |

☐ Check if this is an
amended filing

<u>Official Form 206G</u>

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS | BECKMAN COULTER, INC.<br>DEPT 10164<br>PALATINE, IL 60055 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | INDUSTRY CONSULTING AGREEMENT | DIANTHA DUVALL<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | INDUSTRY CONSULTING AGREEMENT | JACQUELYN SUMER<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | COLLABORATION & OPTION AGREEMENT | JANSSEN BIOTECH INC.<br>800 RIDGEVIEW DRIVE<br>HORSHAM, PA 19044 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | INDUSTRY CONSULTING AGREEMENT | JESSICA PRICE<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name      **Genocea Biosciences, Inc.**                               Case number (if known): **22-10938**

▆ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE AGREEMENT | LUMINEX<br>12212 TECHNOLOGY BLVD<br>AUSTIN, TX 78727-6115 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE AGREEMENT | MESO SCALE DISCOVERY<br>A DIVISION OF MESO SCALE DIAGNOSTICS LLC (MSD)<br>1601 RESEARCH BOULEVARD<br>ROCKVILLE, MD 20850 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND SUPPLY AGREEMENT | ONCOVIR, INC.<br>1804 WOOD'S EDGE DRIVE NE<br>LEESBURG, VA 20176 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE AGREEMENT | PRECISE INSTRUMENT CALIBRATION COMPANY INC.<br>55 BARBARA RD<br>HANSON, MA 02341 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br>OFFICE OF TECHNOLOGY DEPARTMENT<br>HOLYOKE CTR - 727<br>1350 MASSACHUSETTS AVE.<br>CAMBRIDGE, MA 02138 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING | SHINOGI & CO., LTD.<br>1-8 DOSHOMACHI 3-CHOME<br>CHUO-KU<br>OSAKA, JAPAN 541-0045 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Genocea Biosciences, Inc.**    Case number (if known): **22-10938**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.12**
State what the contract or lease is for and the nature of the debtor's interest — LEASE AGREEMENT

TBCI, LLC, AS TRUSTEE OF 100 DISCOVERY PARK REALTY TRUST
C/O THE BULFINCH COMPANIES, INC.
FIRST NEEDHAM PLACE
250 FIRST AVENUE, SUITE 200
NEEDHAM, MA 02494

State the term remaining
List the contract number of any government contract

**2.13**
State what the contract or lease is for and the nature of the debtor's interest — MAINTENANCE AGREEMENT

TECAN US
9401 GLOBE CENTER DRIVE
SUITE 140
MORRISVILLE, NC 27560

State the term remaining
List the contract number of any government contract

**2.14**
State what the contract or lease is for and the nature of the debtor's interest — INDUSTRY CONSULTING AGREEMENT

THOMAS DAVIS MD
ADDRESS REDACTED

State the term remaining
List the contract number of any government contract

**2.15**
State what the contract or lease is for and the nature of the debtor's interest — INDUSTRY CONSULTING AGREEMENT

VICTORIA DEVAULT
ADDRESS REDACTED

State the term remaining
List the contract number of any government contract

**2.16**
State what the contract or lease is for and the nature of the debtor's interest — SUBLEASE

ZYMERGEN INC.
5980 HORTON STREET, SUITE 105
EMERYVILLE, CA 94608

State the term remaining
List the contract number of any government contract

Debtor Name        **Genocea Biosciences, Inc.**

**United States Bankruptcy Court for the Eastern District of Massachusetts**

Case number (if known):        **22-10938**

☐ Check if this is an
amended filing

<u>Official Form 206H</u>

**Schedule H: Codebtors**                                                                12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.**    Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

   **Column 1: Codebtor**                                                    **Column 2: Creditor**

   **Name**                **Mailing Address**                              **Name**                       Check all schedules
                                                                                                            that apply

   **NONE**

| Debtor Name | Genocea Biosciences, Inc. |
| --- | --- |
| **United States Bankruptcy Court for the Eastern District of Massachusetts** | |
| Case Number: | 22-10938 |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C.  152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Codebtors*     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐ *Other document that requires a declaration*

I, the President of the Genocea Biosciences, Inc., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 79 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:   08/02/2022
　　　　　　　MM / DD / YYYY

Signature _____

　　　　　　　　　　　　　　William Clark
Printed Name

　　　　　　　　　　　　　　President
Title

| **Debtor Name**  Genocea Biosciences, Inc. |
| --- |
| **United States Bankruptcy Court for the Eastern District of Massachusetts** |
| **Case Number:** 22-10938 |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

 **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*   (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*   (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*   (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*   (Official Form 206 G)

☑ *Schedule H: Codebtors*   (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*   (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I, the President of the Genocea Biosciences, Inc., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 55 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:  08/02/22          Signature _William Clark_
           **MM / DD / YYYY**                        William Clark

                                   **Printed Name**

                                          President

                                   **Title**