Dated: 8/30/2022

REQUEST FOR EMERGENCY DETERMINATION IS GRANTED AND THE MOTION IS ALLOWED. THE AGREEMENT AND FORM OF NOTICE ATTACHED TO THE MOTION ARE APPROVED.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**GENOCEA BIOSCIENCES, INC.**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 22-10938-CJP** |

## MOTION TO APPROVE AGREEMENT BETWEEN DEBTOR AND LANDLORD RESPECTING ADJUSTMENT TO ALLOWED CLAIM
### (REQUEST FOR EMERGENCY DETERMINATION)

Genocea Biosciences, Inc., the debtor in the above captioned Chapter 11 case (the "Debtor"), respectfully requests that the Court approve the attached Agreement between the Debtor and 100 Discovery Park DE, LLC (the "Landlord," and collectively with the Debtor, the "Parties"). The Agreement provides for the Landlord to issue a credit in the amount of $15,000 against its claim in the case. In return, the Debtor will convey to the Landlord certain personal property that the Court authorized the Debtor to abandon by order dated August 26, 2022.

The Debtor requests that the motion be approved on an emergency basis pursuant to MLBR 9013, without further notice or hearing, as the Debtor otherwise intended to abandon the aforesaid personal property as early as August 31, 2022 in connection with the rejection of the Lease with the Landlord. The Creditors' Committee has consented to the relief requested herein.

In further support of the motion, the Debtor states as follows:

1