## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**GENOCEA BIOSCIENCES, INC.**<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 22-10938-CJP** |

### ORDER AND NOTICE FIXING DEADLINE FOR FILING PROOFS OF CLAIM

This matter having come before the Court on the Motion for an Order Fixing Deadline for Filing Proofs of Claim (the "Motion"), and good cause having been shown, it is hereby **ORDERED, ADJUDGED and DECREED that:**

1. The Motion is allowed as follows and the Notice attached as Exhibit A to the Motion is approved.

2. Except as provided in paragraphs 3 or 4 below, any individual or entity asserting a claim against the estate of the debtor must file a proof of claim with the Clerk's Office, United States Bankruptcy Court for the District of Massachusetts, **5 Post Office Square, Suite 1150, Boston, Massachusetts 02109**, on or before **4:30 PM on October 31, 2022** (the "Bar Date"). A proof of claim shall not be deemed filed until it is actually received and time stamped by the Clerk of the United States Bankruptcy Court at the above address.

3. No proof of claim shall be required with respect to any claim listed as liquidated, undisputed and not contingent in the debtor's Schedules of Liabilities filed with this Court on August 2, 2022, <u>provided however,</u> that no such claim may be allowed in an amount exceeding the amount as listed unless a proof of claim for a higher amount is filed.

4. The Bar Date shall <u>not</u> apply to the following claims:

(i) any claim allowed by order of the Court entered on or prior to the Bar Date;

(ii) any claim arising against the Debtor after the July 5, 2022;

(iii) any claim arising from the rejection of an unexpired lease or executory contract, in which case the holder of the claim shall file a proof of claim by the later of (a) the Bar Date, and (b) thirty days after the entry of an order authorizing the rejection of the unexpired lease or executory contract;

(iv) any Claim newly listed as contingent, unliquidated or disputed in any amendment to the Debtors' Schedules, in which case the holder of the Claim shall file a proof of Claim by the later of (a) the Bar Date, and (b) thirty (30) days following the filing of the amended Schedules;

(v) any holder of an equity interest.

5. Any claim against the debtor for which a proof of claim is required, but is not timely filed under the terms of this Order, shall be forever disallowed and barred as a claim against the debtor whether for purposes of voting, sharing in any distribution, or in any other way participating as a party in interest in this proceeding.

6. The debtor shall serve a copy of this Order upon all creditors listed in the Schedules, and all parties who filed or entered their appearance in this case, within two (2) business days after the entry of this Order. Service of this Order shall constitute effective notice of the Bar Date. The debtor shall promptly file a certificate of service with this Court.

Dated: August 30, 2022

Christopher J. Panos
United States Bankruptcy Judge