**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re: | ) |
| | ) |
| **GENOCEA BIOSCIENCES, INC.** | )   **Chapter 11** |
| | )   **Case No. 22-10938-CJP** |
| Debtor. | ) |
| | ) |

### CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that on August 31, 2022, I caused copies of the

following documents to be served electronically through the Court's ECF System upon the

registered participants as identified on the Notice of Electronic Filing and by first class mail

and/or electronic mail upon the parties on the annexed service:

- *Order and Notice Fixing Deadline for Filing Proofs of Claim*; and

- *Notice of Bar Date for Filing Prepetition Proofs of Claim.*

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
Murphy & King, Professional Corporation
28 State Street, Suite 3101
Boston, MA 02109
Telephone:  (617) 423-0400
Facsimile:  (617) 423-0498
Email: ALizotte@murphyking.com

Dated: August 31, 2022

812909

**Genocea Biosciences, Inc.**
**Long Service List**
811787/7322-1

Dana Farber Cancer Institute, Inc.
450 Brookline Avenue
Boston, MA  02215-5450

Masy Systems, Inc.
10-4 Lomar Park Drive
P.O. Box 485
Pepperell, MA  01463

Centre for Commercialization of Regenerative Medicine
c/o Michael Israels
661 University Ave., Suite 1002
Toronto, ON
CANADA
M5G 1M1

The Baldwin Companies
10 Cranston Road
Winchester, MA  01890

World Courier, Inc.
P.O. Box 842325
Boston, MA  02284

Natera, Inc.
209 Industrial Road, Suite 410
San Carlos, CA  04070

Ernest & Young U.S. LLP
PNC Bank-Pitt 640
P.O. Box 640382
Pittsburgh, PA  15264

Akron BioProducts, LLC
353 W. Rogers Circle, Suite 2
Boca Raton, FL  33487

HighRes Biosolutions, Inc.
102 Cherry Hill Drive
Beverly, MA  01915

Parexel International (IRL) Limited
One Kilmainham Square, Inchicore Road
Kilmainham Dublin
Ireleand

Blue Heron Biotech, LLCP
Box 248455
Seattle, WA  98124

Workiva Inc.
2900 University Blvd.
Ames, IA  50010

Vivitide, LLC
65 Zub Lane
Gardner, MA  01440

Spectrus, LLC
100 Cummings Center, Suite 451
Beverly, MA  01915

Azenta US, Inc.
P.O. Box 3865
Carol Stream, IL  60132

Marathon, LS, LLC
720 University Ave.
Norwood, MA  02062

R Systems International, Ltd.
5000 Windplay Drive, Suite 5
El Dorado Hills, CA  95762

Beckman Coulter, Inc.
Dept Ch 10164
Palatine, IL  60055

NASDAQ Corporate Solutions, LLC
LBX 11700
P.O. Box 780700
Philadelphia, PA  19178

Biostate Solutions, Inc.
5280 Corporate Drive
Suite C200
Frederick, MD  21703

The Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19114

The Baldwin Companies
c/o Charles F. Ahearn, III
and George M. Dolan,
Corwin & Corwin, LLP
600 Unicorn Park Drive, 2nd Floor
Woburn, MA  01801

Austin Flake
Staff Accountant
Eurofins Genomics LLC
Eurofins Genomics Blue Heron LLC
12701 Plantside Drive
Louisville, KY  40299

Silicon Valley Bank
c/o Miranda K Russell
250 West 55th Street
New York,, NY 10019

Silicon Valley Bank
c/o Benjamin W Butterfield
250 West 55th Street
New York, NY 10019

US Trustee for the District of Massachusetts
5 Post Office Square, Suite 1000
Boston, MA  02109-3934

The Internal Revenue Service
Special Procedures Function
STOP 2080, PO Box 9112
25 New Sudbury Street, JFK Federal Bldg.
Boston, MA  02203

Delaware Secretary of State
401 Federal Street
Dover, DE  19901

Massachusetts Department of Revenue
Bankruptcy Unit, P.O. Box 9564
100 Cambridge Street, 7th Floor
Boston, MA  02114-9564

GE HFS, LLC
12854 Kenan Drive, Suite 201
Jacksonville, FL  32258

Office of the Attorney General
Commonwealth of MA
Consumer Protection Division
One Ashburton Place, 19th Floor
Boston, MA  02108

Commonwealth of Massachusetts
Division of Unemployment Assistance
Legal Department, 1st Floor, Chief Counsel
19 Staniford Street
Boston, MA 02114

Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington DC 20530-0001

Brett Davis
Senior Vice President and Associate General Counsel
275 Grove Street, Suite 1E-310
Newton, MA 02466

Silicon Valley Bank
3003 Tasman Drive
Santa Clara, CA 95054

Access
P.O. Box 782998
Philadelphia, PA 19178-2998

Agilent Technologies, Inc.
4187 Collection Center Drive
Chicago, IL 60693

ALG Partners, Inc.
24 Prime Parkway, Suite 102
Natick, MA 01760

Securities and Exchange Commission
100 F Street, N.E.
Washington DC 20549

United States Attorney
John Joseph Moakley United States
   Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

Irving Walker
Cole Schotz P.C.
300 E. Lombard Street, Suite 1800
Baltimore, MD 21202

North Star Rental Systems
37 Fremont Street
Somerville, MA 02145

100 Discovery Park DE, LLC
Lockbox 783485
P.O. Box 8500
Philadelphia, PA 19178

Acme Dry Ice
100 Kirkland Street
Cambridge, MA 02138

Agilquest Corporation
9407 Hull Street, Road
North Chesterfield, VA 23236

Anderson & Krieger, LLP
50 Milk Street, 21st Floor
Boston, MA 02109

Animal Research Consulting, LLC
841 Worcester Road
Natick, MA  01760-2016

Aon Consulting/Radford Surveys
P.O. Box 100137
Pasadena, CA  91189

Axiom Global, Inc.
P.O. Box 8439
Pasadena, CA  91109

Bax Advisors LLC
Monica Susan Blacker
7984 Mingwood Lane
Dallas, TX  75321

Becton Dickinson & Co.
P.O. Box 28983
New York, NY  10087-8983

BioIVT, LLC
Box 770
Hicksville, NY  11802-0770

BioLegend, Inc.
Attn:  Accounting
8999 Biolegend Way
San Diego, CA  92121

Bostonbean Coffee Company, Inc.
23 Draper Street
Woburn, MA  01801

Buono Pest Control Co., Inc.
P.O. Box 117
Belmont, MA  02478

Centium Consulting Inc.
P.O. Box 725
Tyngsboro, MA  01879

ChemoMetec, Inc.
3920 Venterans Memorial Highway
Suite 3
Bohemia, NY  11716

Choate Hall & Stewart, LLP
Two International Plaxe
Boston, MA  02110-4101

ci design, inc
250 Summer Street
Second Floor
Boston, MA 02210

Cintas Corporation
PO Box 631025
Cincinnati, OH 45263-6525

Clarivate Analytics (US) LLC
PO Box 3772
Carol Stream, IL 60132

Clinigen Clinical Supplies Management Inc.
300 Technology Drive
Malvern, PA 19355

Colonial Medical Supply Company
31 Lowell Road
Unit 6
PO Box 554
Windham, NH 03087

Comcast Business
P.O. Box 37601
Philadelphia, PA 19101-0601

Computer Packages, Inc.
11 North Washington Street
Rockville, MD 20850

Computershare, Inc.
Dept. CH 19228
Palatine, IL 60055

Conway Technology Group Lockbox #936724
P.O. Box 936724
Atlanta, GA 31193

Crossover Search
223 Wall Street
#1049
Huntington, NY 11743

CSSI as Agent for Corp Actions
CryoPort  Systems, Inc.
PO Box 205955
Dallas, TX 75320-5955

Data Evolution, LLC
889 Elm Street – Suite 50
Manchester, NH 03101

Datasite, LLC
PO Box 7400725
Chicago, IL 60674-7252

DGI Technologies
101 Billerica Avenue
Building #6
North Billerica, MA 01862

E*Trade Financial Corporate Services
PO Box 3512
Arlington, VA 22203

E.O.M.S. Recycling Inc.
PO Box 3608
Brockton, MA 02304

EMCOR Services Northeast, Inc.
PO Box 845286
Boston, MA 02284-5286

ENE Systems of New Hampshire, Inc
155 River Road
Unit 10
Bow, NH 03304

Envirogreenery Plants, LLC
4 Bud Way
Suite 12
Nashua, NH 03063

Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461

Fidelity Investments Institutional
P.O. Box 73307
Chicago, IL 60673-7307

Financial Accounting Standards Board
PO Box 418272
Boston, MA 02241-8272

Fisher Scientific
P.O. Box 3648
Boston, MA 02241

Foley Hoag,LLP/Accts Rec.
155 Seaport Boulevard
Boston, MA 02210-2600

GDI Services, Inc.
295 Weston Street
Waltham, MA 02453

George R. Siber / Siber Biotechnologies
2000 Broadway
New York, NY 10023-5045

GHA Technologies, Inc.
Dept 2090 Box 29661
Phoenix, AZ 85038-9661

Grey Castle Security, LLC
185 Jordan Road
Troy, NY 12180

Health Advocate Solutions Inc.
P.O. Box 200603
Dallas, TX 75320-0603

HemaCare Corporation a Charles River Lab
Dept. 311
P.O. Box 509015
San Diego, CA 92150

Igo's Welding Supply Co., Inc.
205 Grove St.
Watertown, MA 02472

Hogan Lovells US LLP
P.O. Box 71589
Philadelphia, PA 19171

Independent Stock Plan Advisors, LLC
598 Washington Street
Duxbury, MA 02332

InfoArmor, Inc./Allstate Dept #3189
PO Box 123189
Dallas, TX 75312-3189

Integra Biosciences Corp.
22 Friars Drive
Hudson, NH 03051

Integrated DNA Technologies Inc.
1710 Commercial Park
Coralville, IA 52241

Interlab Corp
9000 NW 13 Terrace-Suite 1A
Doral, FL 33172

Intrado Digital Media, LLC
11808 Miracle Hill Drive
Omaha, NE 68154

Invivo Gen
10515 Vista Sorrento Parkway
San Diego, CA 92121

IQVIA RDS, Inc.
P.O. Box 601070
Charlotte, NC 28260

Iron Mountain Inc.
One Federal Street
Boston, MA 02210

Jeff Yuen & Associates, Inc.
1121 Military Cutoff Road
Wilmington, NC 28405

Jennifer Lynn Herron
20574 Cypress Knee Court
Estero, FL 33928

John Lunger
216 Woodstock Road
Villanova, PA 19085

Kaseya US, LLC
PO Box 419327
Boston, MA 02241-9327

Katrine S. Bosley
50 Winslow Street
Cambridge, MA 02138

Katz, Nannis & Solomon, PC
800 South Street
Suite 250
Waltham, MA 02453

Kenneth Bate
421 Lesesne Street
Charleston, SC 29492

Life Technologies Corporation
Bank of America Lockbox Services
12088 Collection Center Drive
Chicago, IL 60693

LifeSci Advisors, LLC
250 West 55th Street
34th Floor
New York, NY 10019

LS 200 CDP, LLC
1920 Main Street
Suite 1200
Irvine, CA 92614

Luminex Corporation
P.O. Box 844222
Dallas, TX 75284

MedGenome, Inc.
348 Hatch Drive
San Mateo, CA 94404

Mettler-Toledo International Inc.
d/b/a Mettler-Toledo LLC
P.O. Box 730867
Dallas, TX 75373-0867

Mettler-Toledo Rainin, LLC
P.O. Box 1350
Newark, NJ 07188

Michael Higgins
110 Coolidge Hill
Cambridge, MA 02138

Miltenyi Biotech Inc.
Dept. #33955
P.O. Box 39000
San Francisco, CA 94139

MTS Health Partners, LP
623 Fifth Ave - 14th Floor
New York, NY 10022

Mytide Therapeutics
451 D Street
Suite 707
Boston, MA 02210

NEA Management Company, LLC
1954 Greenspring Drive
Suite 600
Lutherville Timonium, MD 21093

NeoGenomics Laboratories, Inc.
PO Box 865466
Orlando, FL 32886-5466

Nova Biomedical Corporation
PO Box 983115
Boston, MA 02298-3115

Novus Biologicals, LLC
PO Box 802
Littleton, CO 80160

Pay Governance LLC
Two Logan Square
100 N. 18th Street, Suite 821
Philadelphia, PA 19103

PCI Pharma Services
3479 Momentum Place
Chicago, IL 60689

Personalis, Inc
1330 O'Brien Drive
Menlo Park, CA 94025

Phaidon International (US) Inc.
622 Third Avenue
New York, NY 10017

PharmaLogics Recruiting, LLC
300 Unicorn Park Drive
4th floor
Woburn, MA 01801

Pharmefex, LLC
15633 SE 54th Street
Bellevue, WA 98006

Point5 Managed Services LLC
P.O. Box 222
Old Saybrook, CT 06475

PPM Industrial Water Services
PO Box 390216
Cambridge, MA 02139

Precision for Medicine (TX), Inc.
PO Box 715742
Philadelphia, PA 19171-5742

Public Accounting Oversight Board
PO Box
Boston, MA 02241-8631

Qiagen, Inc.
P.O. Box 5132
Carol Stream, IL 60197

R & D Systems, Inc.
Accts. Receivable
614 McKinley Place
Minneapolis, MN 55413

Reprints Desk, Inc./Dept CH
16507
Palatine, IL 60055

Resolution Pharma Consulting, LLC
19 Michael Road
Maynard, MA 01754

Roberts & Kehagiaras, LLP
100 West Broadway
Suite 660
Long Beach, CA 90802

Rosalind Franklin University of Medicine
3333 Green Bay Road
North Chicago, IL 60064

Royal Label Co.
50 Park Street
Boston, MA 02122

Sarah Cannon Research Institute, LLC
1100 Dr. Martin L. King Jr. Blvd
Suite 800
Nashville, TN 37203

Sartorius Corporation
565 Johnson Avenue
Bohemia, NY 11716

Sigma-Aldrich, Inc.
P.O. Box 535182
Atlanta, GA 30353

Spruce Law, LLC
35 New England Business Centers, Suite 220
Andover, MA 01810

Stericycle, Inc.
P.O. Box 6582
Carol Stream, IL 60197

Tecan, US, Inc.
PO Box 602740
Charlotte, NC 28260

Teknova
2290 Bert Drive
Hollister, CA 95023-2000

Telshire, LLC
50 Rosalyn Road
Waban, MA 02468

TJB Consulting, LLC
3314 Fieldstone Drive
Doylestown, PA 18902

Tobin & Sons Moving & Storage
39 Tozer Road
Beverly, MA 01915

Triforce Tech
17 Lilian Road
Framingham, MA 01701

UniFirst Corporation
PO Box 650481
Dallas, TX 75265-0481

University of Minnesota
P.O. Box 1450
Minneapolis, MN 55485-5957

US Treasury/IRS
Dept of Treasury
Ogden, UT 84201-0009

Verge Scientific Communications, LLC
1775 Tysons Boulevard - 5th Floor
Tysons, VA 22102

Vitality HR, LLC
20 Notre Dame Road
Bedford, MA 01730

W. B. Mason Co., Inc.
P.O. Box 981101
Boston, MA 02298

Wellable, LLC
47 Winter Street-5th Floor
Boston, MA 02108

Xerox Financial Services, LLP
PO Box 202882
Dallas, TX 75320-2882

ZellNet Consulting, Inc.
555 North Ave. - Suite 25-S
Fort Lee, NJ 07024

David W. Smith
Akron Biotech
6353 W. Rogers Circle, Suite 2
Boca Raton, FL  33487

Ethan Beattie
Spectrus LLC
100 Cummings Center, Ste. 414G
Beverly, MA  01915

GDI Services Inc.
220 Reservoir St., Suite 19
Needham, MA  02494

HighRes Biosolutions
c/o Matthew E. Cox
Smith, Currie & Hancock LLP
5727 Westpark Drive, Suite 200
Charlotte, NC 28217

Sandra Mayerson
Mayerson & Hartheimer, PLLC
845 Third Avenue 11th Floor
New York, NY 10022

Janssen Biotech, Inc.
800/850
Horsham, PA  19044
Attn:  President

Johnson & Johnson
255 Main Street
7th Floor
Cambridge, MA 02142
Attn: Robert Radinsky

Johnson & Johnson
Law Department
On Johnson & Johns Plaza
New Brunswick, NJ 08933
Attn: Chief Intellectual Property Counsel

Office of Technology Development
Harvard University
Holyoke Center 727
1350 Massachusetts Avenue
Cambridge, Massachusetts 02138
Attn.: Chief Technology Development Officer

Lindsay C. Barca
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Janssen Biotech Inc.
800 Ridgeview Drive
Horsham, PA 19044

Luminex
12212 Technology Blvd.
Austin, TX 78727-6115

Meso Scale Discovery
A Division of Meso Scale
    Diagnostics LLC (MSD)
1601 Research Boulevard
Rockville, MD 20850

Oncovir, Inc.
1804 Wood's Edge Drive NE
Leesburg, VA 20176

Precise Instrument Calibration Company Inc.
55 Barbara Rd
Hanson, MA 02341

President and Fellows of Harvard College
Office of Technology Department
Holyoke Ctr. – 727
1350 Massachusetts Ave.
Cambridge, MA 02138

Shinogi & Co., Ltd.
1-8 Doshomachi 3-Chome
Chuo-Ku
Osaka, Japan 541-0045

TBCI, LLC, as Trustee
  of 100 Discovery Park Realty Trust
c/o The Bulfinch Companies, Inc.
First Needham Place
250 First Avenue, Suite 200
Needham, MA 02494

Tecan US
9401 Globe Center Drive
Suite 140
Morrisville, NC 27560

Zymergen Inc.
5980 Horton Street, Suite 105
Emeryville, CA 94608

Victoria DeVault
13 Vivian Drive
Watertown, MA 02472

Hubert Lam
1395 Quincy Shore Dr.
Quincy, MA 02169

Hanna Starobinets
62 Turning Mill Rd.
Lexington, MA 02420

Jessica Flechtner
1 Briant Drive
Sudbury, MA 01776

Pamela Carroll
6 Claremont Park - #2
Boston, MA 02118

Lisa McNeil
21 Warwick Rd. - Unit 1
Watertown, MA 02472

Wendy Broom
33 Montague Street
Arlington, MA 02474

Jason Dobson
44 Pole Plain Road
Sharon, MA 02067

Tulin Dadali-Abel
93 Brookley Road Unit 3
Jamaica Plain, MA 0213

Thomas Heineman
4687 Torrey Circle
San Diego, CA 9213

Seth Hetherington
5 Monxton Ct.
Chapel Hill, NC 27517

Todd Gierahn
80 Francis Street, Apt. 1
Brookline, MA 02446

Janssen Biotech, Inc.
800/850
Horsham, PA  19044
Attn:  President

Johnson & Johnson
255 Main Street
7th Floor
Cambridge, MA 02142
Attn: Robert Radinsky

Johnson & Johnson
Law Department
On Johnson & Johns Plaza
New Brunswick, NJ 08933
Attn: Chief Intellectual Property Counsel

Office of Technology Development
Harvard University
Holyoke Center 727
1350 Massachusetts Avenue
Cambridge, Massachusetts 02138
Attn.: Chief Technology Development Officer

BECKMAN COULTER INC.
250 S. KRAEMER BLVD. A1.SE.02
BREA, CA 92821

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090

David Sewell
PO Box 709447
Sandy, UT 84070-9447

North Star Rental Systems Inc.
32 Fremont St.
Somerville, MA 02145

Larry J. Gallagher
5625 North Arm Drive
Mound, MN 55364

Essex IP LLC
22R Essex Street
Cambridge, MA 02139

Datasite LLC
The Baker Center
733 S. Marquette Ave., Suite 600
Minneapolis, MN 55402

**BY EMAIL:**

Marie Lossky-Elias
Email: marie.lossky@genocea.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:

**GENOCEA BIOSCIENCES, INC.**

Debtor.

**Chapter 11**

**Case No. 22-10938-CJP**

## ORDER AND NOTICE FIXING DEADLINE FOR FILING PROOFS OF CLAIM

This matter having come before the Court on the Motion for an Order Fixing Deadline

for Filing Proofs of Claim (the "Motion"), and good cause having been shown, it is hereby

**ORDERED, ADJUDGED and DECREED that:**

1.    The Motion is allowed as follows and the Notice attached as Exhibit A to the

Motion is approved.

2.    Except as provided in paragraphs 3 or 4 below, any individual or entity asserting a

claim against the estate of the debtor must file a proof of claim with the Clerk's Office, United

States Bankruptcy Court for the District of Massachusetts, **5 Post Office Square, Suite 1150,**

**Boston, Massachusetts 02109,** on or before **4:30 PM on  October 31, 2022** (the "Bar Date").

A proof of claim shall not be deemed filed until it is actually received and time stamped by the

Clerk of the United States Bankruptcy Court at the above address.

3.    No proof of claim shall be required with respect to any claim listed as liquidated,

undisputed and not contingent in the debtor's Schedules of Liabilities filed with this Court on

August 2, 2022, provided however, that no such claim may be allowed in an amount exceeding

the amount as listed unless a proof of claim for a higher amount is filed.

4.    The Bar Date shall not apply to the following claims:

(i)     any claim allowed by order of the Court entered on or prior to the Bar Date;

(ii)    any claim arising against the Debtor after the July 5, 2022;

(iii)   any claim arising from the rejection of an unexpired lease or executory contract,
        in which case the holder of the claim shall file a proof of claim by the later of (a)
        the Bar Date, and (b) thirty days after the entry of an order authorizing the
        rejection of the unexpired lease or executory contract;

(iv)    any Claim newly listed as contingent, unliquidated or disputed in any amendment
        to the Debtors' Schedules, in which case the holder of the Claim shall file a proof
        of Claim by the later of (a) the Bar Date, and (b) thirty (30) days following the
        filing of the amended Schedules;

(v)     any holder of an equity interest.

5.      Any claim against the debtor for which a proof of claim is required, but is not
timely filed under the terms of this Order, shall be forever disallowed and barred as a claim
against the debtor whether for purposes of voting, sharing in any distribution, or in any other way
participating as a party in interest in this proceeding.

6.      The debtor shall serve a copy of this Order upon all creditors listed in the
Schedules, and all parties who filed or entered their appearance in this case, within two (2)
business days after the entry of this Order. Service of this Order shall constitute effective notice
of the Bar Date. The debtor shall promptly file a certificate of service with this Court.

Dated: August 30, 2022

                                        Christopher J. Panos
                                        United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

GENOCEA BIOSCIENCES, INC.

Debtor.

Chapter 11

Case No.  22-10938-CJP

### NOTICE OF BAR DATE FOR FILING PREPETITION PROOFS OF CLAIM

TO: PERSONS AND ENTITIES ASSERTING CLAIMS AGAINST GENOCEA
BIOSCIENCES, INC.

PLEASE TAKE NOTICE that on July 5, 2022, Genocea Biosciences, Inc. (the "Debtor")
filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code (the
"Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts.

PLEASE TAKE FURTHER NOTICE that the United States Bankruptcy Court for the
District of Massachusetts has entered an order fixing **October 31, 2022** (the "Bar Date") as the
last date by which all Entities may assert Claims against the Debtor that arose prior to July 5,
2022. A Claim shall not be deemed filed until it is actually received by the Court and time
stamped by the Clerk of the Bankruptcy Court at the address listed on the following page.

As used in this Notice, the term "Claim" includes: (a) a right to payment, whether or not
such right is reduced to judgment, liquidated, unliquidated, contingent, matured, unmatured,
disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable
remedy for breach of performance if such breach gives rise to a right to payment, whether or not
such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured,
disputed, undisputed, secured, or unsecured.

As used in this Notice, the term "Entity" includes: individuals, partnerships, corporations,
estates, trusts and governmental units, wherever located.

The holders of the following are not required to file a proof of Claim on or before the Bar
Date:

(i)     Any Claim allowed by order of the Court entered on or prior to the Bar
        Date;

(ii)    any Claim against arising the Debtor on or after July 5, 2022;

(iii)    any Claim arising from the rejection of an unexpired lease or executory contract, in which case the holder of the Claim shall file a proof of claim by the later of (a) the Bar Date, and (b) thirty days after the entry of an order authorizing the rejection of the unexpired lease or executory contract;

(iv)    any Claim identified as liquidated, noncontingent, and undisputed in the Schedules of Liabilities filed by the Debtor as of the Bar Date provided, however, that no such claim may be allowed in an amount exceeding the amount as listed unless a proof of claim for a higher amount is filed;

(v)    any Claim newly listed as contingent, unliquidated or disputed in any amendment to the Debtor's Schedules of Liabilities, in which case the holder of the Claim shall file a proof of claim by the later of (a) the Bar Date, and (b) thirty days following the filing of the amended schedules; and

(vi)    any holder of an equity interest.

If you have already validly filed a proof of claim, you need not file another proof of claim prior to the Bar Date.  Each proof of claim must be filed substantially in conformity with Official Form B410.

**Any Entity that is required to file a proof of Claim on or before the Bar Date and fails to file such proof of Claim shall not, with respect to any such claim or interest, be treated as a creditor of the Debtor's estate for any purpose, including voting on and receiving a distribution under any plan, in any Chapter 7 proceeding or otherwise, and shall be forever barred from asserting such Claim against the Debtor.**

**File proofs of Claim with: Clerk, United States Bankruptcy Court, John W. McCormack Post Office and Court House, 5 Post Office Square, Suite 1150, Boston, Massachusetts 02109-3945.**

Respectfully submitted,
GENOCEA BIOSCIENCES, INC.,
By counsel,

 /s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
MURPHY & KING, Professional Corporation
28 State Street, Suite 3101
Boston, Massachusetts  02109
Tel:    (617) 423-0400
Fax:    (617) 556-8985
ALizotte@murphyking.com

Dated:  August 31, 2022