**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>**GENOCEA BIOSCIENCES, INC.,**<br><br>Debtor | Chapter 11<br><br>Case No. 22-10938 (CJP) |

**NOTICE OF EFFECTIVE DATE OF JOINT PLAN OF REORGANIZATION**

**TO CREDITORS, HOLDERS OF CLAIMS AND INTERESTS, AND PARTIES IN INTEREST, PLEASE TAKE NOTICE THAT:**

1.  **Confirmation of the Plan.** On May 11, 2023, the United States Bankruptcy Court for the District of Massachusetts entered the *Findings of Fact, Conclusions of Law, and Order Confirming Joint Plan of Reorganization of Debtor and Official Committee of Unsecured Creditors* [Docket No. 307] (the "**Confirmation Order**"), confirming the *Joint Plan of Reorganization of Debtor and Official Committee of Unsecured Creditors* [Docket No. 273] (as further modified, supplemented and amended including all attachments and exhibits thereto, the "**Plan**").[1]

2.  **Effective Date of the Plan.** All conditions precedent to occurrence of the Effective Date of the Plan have been satisfied or waived as of May 19, 2023. The Effective Date of the Plan therefore occurred on May 19, 2023.

3.  **Copies of the Plan and the Confirmation Order.** The Confirmation Order is available for inspection at the Office of the Clerk, United States Bankruptcy Court for the District of Massachusetts, Donahue Federal Building, 595 Main Street, Room 311, Worcerster, MA 01608-2076, and copies of the Confirmation Order may be obtained upon request of Debtor's counsel, Murphy & King, Professional Corporation, 28 State Street, Suite 3101, Boston, Massachusetts 02109, Attn: Andrew Lizotte, Esq. or Committee's counsel, Fox Rothschild LLP, 200 Market Street, 20th Floor, Philadelphia, PA 19103, Attn: Jesse M. Harris, Esq.

4.  **Deadline to File Professional Fee Claims.** Pursuant to the Confirmation Order, the deadline for Professional's to file a final application for the allowance of compensation for services rendered or reimbursement of expenses incurred through and including the Effective Date is thirty (30) days from the filing of this Notice.

Dated: May 19, 2023

**FOX ROTHSCHILD LLP**

*/s/ Jesse M. Harris*
Jesse M. Harris, Esq.
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Phone (215) 299-2864
jesseharris@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*

---

[1] All capitalized terms used herein and not otherwise defined herein shall have the respective meanings ascribed to them in the Plan.

146015798.2